**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Angelea Clark Van Dam

Plaintiff,

v.

Case No.: 1:26−cv−11186
Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion for excess pages, [12], is granted. Plaintiff's other motions [11][13] are denied. The accused products vary too much from the copyrighted image for this court to be persuaded that there is a likelihood of success on an ex parte, extraordinary basis. To proceed with the case, plaintiff must give notice to defendants for any injunctive relief and properly serve defendants. Plaintiff can renew a motion for early discovery to obtain information necessary for service of process. No appearance on 9/23/26 is necessary. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.