Exhibit 1

# 001 ONLYWOOD

10/6/25, 10:49 AM Amazon.com: ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jo...




10/6/25, 10:50 AM Place Your Order - Amazon Checkout




VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-3733004-1725827

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $32.90 |
| Shipping & Handling: | $5.00 |
| Total before tax: | $37.90 |
| Estimated tax to be collected: | $3.37 |
| **Grand Total:** | **$41.27** |

## Arriving May 21 - May 29



ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jogger Pants,16,Small

Sold by: ONLYWOOD

Supplied by: Other

$32.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 002 LUDAODAO

10/6/25, 12:10 PM Amazon.com: 2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for W...

amazon Deliver to Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Best Sellers | Buy Again | Amazon Business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Luxury Stores

Clothing, Shoes & Jewelry › Women › Clothing › Active › Sets › Tracksuits



Brand: Generic

## Generic Women's Multicolor Track Suit 2 Piece Set S-2XL

Search or ask

$41.99

FREE Returns

Color: Geo Print 4

$41.99 | $41.99 | $41.99 | $41.99 | $41.99
$41.99 | $41.99 | $41.99 | $41.99 | $41.99

‹ Previous 1 2 3 4 Next ›

Size: Medium

Small | Medium | Large | X-Large | XX-Large

**Product details**

| | |
|---|---|
| Fabric type | Polyester Blend |
| Care instructions | Machine Wash |
| Origin | Imported |

**About this item**

- 【Features】Unlike Traditional Solid Color Sweat Suits For Womens 2 Piece, Our Bold Designs Give The Matching Sets A Variety Of Colors And Prints. The Womens Sweatsuits 2 Piece Set Designed With A Crewneck Long Sleeve Pullover Sweatshirt And High-Waisted Sweatpants.The Crewneck Makes The Clothes More Fashionable. Comfortable And Elastic. Our Jogger Sets For Women 2 Piece Give You A Better And More Pleasant Wearing Experience
- 【Style】Due To The Loose Fit, This Matching Sweat Sets For Women Provides More Space For The Shoulder And Arm Area To Move Freely, Even In Winter. The Sporty Style Sweatsuits For Women Is Suitable For Fitness Or Home. Oversized Long Sleeve Drop Shoulder Sweatsuit And Two Pockets Drawstring Inseam The Top And Bottom Can Also Be Worn Separately Which Can Be Easily Matched

$41.99

$7.98 delivery **October 31 - November 10**. Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 4 to 5 days.

Quantity: 1

Add to Cart

Buy Now

Ships from LUDAODAO
Sold by LUDAODAO
Returns FREE 30-day refund/replacement
Customer service Amazon
See more

Add to List



Dsewpaur Camo Sweatpants for...
4.5 6
$29.99
Sponsored

10/6/25, 12:10 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Select a payment plan
Use a gift card, voucher, or promo code
Change

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Arriving Oct 31, 2025 - Nov 10, 2025**



2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for Women Geo Print Womens Two Piece Sets M
$41.99
& FREE Returns
Ships from LUDAODAO
Sold by LUDAODAO

1

Gift options not available

Friday, Oct 31 - Monday, Nov 10
$7.98 - Delivery

Place your order **Order total: $54.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $41.99 |
| Shipping & handling: | $7.98 |
| Estimated tax to be collected:* | $4.30 |
| **Order total:** | **$54.27** |

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-8372063-2753804

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $41.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $49.97 |
| Estimated tax to be collected: | $4.30 |
| **Grand Total:** | **$54.27** |

## Arriving June 3 - June 11



2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for Women Geo Print Womens Two Piece Sets M

Sold by: LUDAODAO

Supplied by: Other

$41.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

003 wuyuestore

5/8/26, 12:28 PM UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear Colorful Geomet…


amazon Deliver to O.O Sewickley 15143 | All | Search Amazon | EN | Hello, O.O Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Customer Service | Audible | Buy Again | Pet Supplies | Beauty & Personal Care

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Men › Clothing › Sleep & Lounge › Robes

Brand: UCBGYUR

Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear

5.0 ★★★★★ (1) | Search this page

$34.60

FREE Returns

Color: Colorful Geometric

$34.60 | See 19 options with no featured offers

Size: Medium

Medium | Large | X-Large | XX-Large | 3X-Large | 4X-Large

**Product details**

**Top highlights**

| | |
|---|---|
| Fabric type | Thickened Wash Wrinkle 100g |
| Origin | Imported |

**About this item**

- Middle Eastern Inspired Design: This mens kaftan long robe combines Arabic thobe for men and traditional men long gown elements. Its V-neck and butterfly sleeve robe design create a flowing, elegant look that highlights classic Middle Eastern style with a modern touch.
- omfortable & Relax Fit Fabric: Made from soft, lightweight, and breathable fabric, this men's cotton

$34.60 Price history

$4.49 delivery June 5 - 23 to Sewickley 15143. Details

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller wuyuestore

Returns FREE 30-day refund/replacement

Payment Secure transaction

See more

Add to Auto Buy

Add to List

5/8/26, 12:31 PM Place Your Order - Amazon Checkout


amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O.O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Jun 5, 2026 - Jun 23, 2026**

UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear

$34.60

& FREE Returns

Ships from wuyuestore

Sold by wuyuestore

Color: Colorful Geometric

Size: Medium

1

Gift options not available

Friday, Jun 5 - Tuesday, Jun 23

$4.49 - Delivery

Congratulations O.O, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

Order

VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-0605139-5769017

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $34.60 |
| Shipping & Handling: | $4.49 |
| Total before tax: | $39.09 |
| Estimated tax to be collected: | $3.55 |
| **Grand Total:** | **$42.64** |

## Arriving June 8 - June 24



UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear Colorful Geometric

Sold by: wuyuestore

Supplied by: Other

$34.60

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 004 Gogio

3/26/26, 10:16 AM Amazon.com: dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Poc...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Sweaters › Cardigans



Brand: dsumvns

Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket

Search this page

$27.99

Price history

Color: Multicolor-f

$27.99 | See 15 options with no featured offers

Size: 5X-Large

Medium | Large | X-Large | XX-Large | 3X-Large | 4X-Large | 5X-Large

**Product details**

**Top highlights**

| | |
|---|---|
| Fabric type | 100% Polyester |
| Care instructions | Machine Wash |

**About this item**

- Material:These printed cardigans for women are made of 100% polyester or a high quality rayon blend fabric. They stretch well but are not clingy or sheer, soft, breathable, and resistant to shrinkage after washing, plus easy to care for
- Features:The boho sweater features an open front design with intricate ethnic style patterns in vibrant colors. It has long sleeves, side pockets, and a mid length cut that adds a bohemian touch, available in multiple pattern and color combinations
- Match:Pair this ethnic jacket with a plain tank top and flared jeans for a casual, boho look, or style it over a maxi dress to enhance the ethnic aesthetic for a more dressy occasion
- Occasions:Ideal for music festivals, beach vacations, or adding a unique ethnic flair to everyday outfits. The eye catching patterns make it perfect for events where you want to embrace a free spirited, bohemian style
- Washing instructions:For these boho clothes, we recommend machine washing or hand washing with

See more

Style

$27.99

$9.58 delivery April 7 - 16. Details

Or fastest delivery March 31 - April 2. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Gogio

Returns: 30-day refund/replacement

Payment: Secure transaction

See more

Add to List

Add to Auto Buy

3/26/26, 10:17 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime

**Arriving Apr 7, 2026 - Apr 16, 2026**



dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket

$27.99

Ships from Gogio

Sold by Gogio

1

Gift options not available

◉ Tuesday, Apr 7 - Thursday, Apr 16
$9.58 - Delivery

○ Tuesday, Mar 31 - Thursday, Apr 2
$48.98 - Delivery

Place your order | **Order total: $40.44**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & han
Estimated tax
Order tot

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-2544790-2585851

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $27.99 |
| Shipping & Handling: | $9.58 |
| Total before tax: | $37.57 |
| Estimated tax to be collected: | $2.87 |
| **Grand Total:** | **$40.44** |

## Arriving May 19 - May 28



dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket

Sold by: Gogio

Supplied by: Other

$27.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 005 SOLYHUX

26/03/2026, 19:17 SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple ...

amazon Deliver to O-O Chicago 60604 | All | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | Cart

All | Join Prime | Big Spring Sale | 3 Hour Delivery | Amazon Haul | Medical Care | Books | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History | Household, Health & Baby Care

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Pants › Casual



Visit the SOLY HUX Store

SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets

Search this page

$29.99

Price history

FREE Returns

Color: Purple

Size: Small

| Small | Medium | Large |
|---|---|---|
| $29.99 | $29.99 | $29.99 |

Size Chart

**Product details**

**Top highlights**

| | |
|---|---|
| **Fabric type** | 100% Polyester |
| **Care instructions** | Machine Wash |
| **Origin** | Imported |
| **Closure type** | Elastic Waist |

**About this item**

- Material: Made of soft and comfortable fabric that has no stretch
- Feature: Harem pants women, boho print pants, high waist, elastic waist, baggy pants, womens pants with pockets, loose fit
- Occasions: Suit for casual, vacation, beach, weekend, travel, shopping, outdoor activities and daily life
- Match: Go well with t shirts, crop tops, tank tops and so on
- Size recommendation: Please refer to the size information provided in the product description before

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$29.99

FREE delivery Tuesday, March 31 on orders shipped by Amazon over $35

Or Prime members get FREE delivery Tomorrow, March 27. Order within 15 hrs 24 mins. Join Prime

Deliver to O-O - Chicago 60604

Only 2 left in stock - order soon.

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SOLYHUX |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

26/03/2026, 19:18 Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Pickup available nearby

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Why pay for delivery?

**O-O, we're giving you Prime free for 30 days** Try Prime free for 30 days

Get eligible items Tomorrow, Mar. 27 with ~~$10.21~~ FREE One-Day Delivery Cancel anytime.

**Arriving Mar 30, 2026**

If you order in the next 15 hours and 11 minutes



SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple Small

$29.99

& FREE Returns

Ships from Amazon.com

Sold by SOLYHUX

1

Add gift options

○ Friday, Mar 27 Fast, FREE Delivery
FREE One-Day Delivery with your free trial of Prime

◉ Monday, Mar 30
$6.99 - Delivery

○ Tomorrow, Mar 27
$10.21 - One Day Delivery

Congratulations O-O, you are eligible for 30 days of Prime for $0!

Get One-Day Delivery on your Prime eligible items with your free trial

Try Prime free

By placing ...

Items
Shipping
Estimated
Order

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-2509773-6494663

**Ship to**

[redacted]
33 W JACKSON BLVD # 2W
CHICAGO, IL 60604-4092
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

## Delivered May 11



SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple Small

Sold by: SOLYHUX

Return or replace items: Eligible through June 10, 2026

$29.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 006 MUMUXIAO

3/26/26, 10:00 AM    Amazon.com: Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative ...

amazon  Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Prime members save up to 80% on meds | amazon pharmacy

Arts, Crafts & Sewing › Fabric





Click to see full view

### Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)

Brand: MUXXIAO
Search this page

$8.99 ($0.84 / square feet)
Price history

Color:
Purple4

| | |
|---|---|
| **Material** | Cotton |
| **Color** | Purple4 |
| **Fabric Type** | Cotton |
| **Item Form** | 1 |
| **Brand** | MUXXIAO |

**About this item**

- Note: 1Piece Size: 20"x43.3"/50x110cm. If you purchase multiple pieces of fabric of the same color, we will not cut the fabric. You will receive a continuous product and will need to cut it yourself. Please allow for measurement errors within a small range
- Premium Material: Made of high quality cotton fabric, softer and more comfortable. Higher Density, Prints Fabric, Soft and Comfortable, Breathable, with Bright and Beautiful Color
- Craft Your Own Accessories: Stock up on your DIY craft supplies with our collection of beautiful fabrics! Each piece of stylish fabric can be used as knitting, quilting, or sewing material for any and every accessory or apparel you want to craft for yourself or your loved ones
- Easy Care: Whether it's a tablecloth, curtains, or costume, this fabric can be machine-washed at 30 degrees without fear of shrinking or fading. Tumble dry on low heat if you need to quickly get it dry again

$8.99 ($0.84 / square feet)
$2.30 delivery April 7 - 16. Details
Deliver to oO - Chicago 60604
In Stock
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: MUMUXIAO
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/26/26, 10:01 AM    Place Your Order - Amazon Checkout

amazon    Secure checkout    Cart

**Delivering to oO**    Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted]    Change
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime

**Arriving Apr 7, 2026 - Apr 16, 2026**



Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)
**$8.99 ($0.84 / square feet)**
Ships from MUMUXIAO
Sold by MUMUXIAO
1
Gift options not available

**Tuesday, Apr 7 - Thursday, Apr 16**
$2.30 - Delivery

Place your order    **Order total: $12.21**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items:
Shipping & han
Estimated tax
**Order tot**

# VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-0583922-0589828

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $2.30 |
| Total before tax: | $11.29 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$12.21** |

## Arriving May 19 - May 28



Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)

Sold by: MUMUXIAO

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

007 Kexijinbei

5/8/26, 12:11 PM NFPNAKC Solid Color Sleeveless Backless Shirt Women Ruffle Tunic Off The Shoulder Tube Tops Flowy Holiday Casual Basic Blo...




5/8/26, 12:13 PM Place Your Order - Amazon Checkout




VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-7054766-0333054

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.84 |
| **Grand Total:** | **$19.83** |

## Arriving Monday



NFPNAKC Solid Color Sleeveless Backless Shirt Women Ruffle Tunic Off The Shoulder Tube Tops Flowy Holiday Casual Basic Blouse (Small,Multicolour11

Sold by: Kexijinbei

Supplied by: Other

$17.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

008 trendynewlook.com

3/26/26, 3:04 PM

Casual Print Patchwork U Neck T-Shirts(3 Colors)

Free Shipping For Orders Over $79 Shop now

Home Sale Occasions Dresses More links

English USD



Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy 2 items and save 10% off
Buy 3 items and save 12% off
Buy 5 items and save 15% off

Color: Green

Green Khaki Yellow

Size: S

Size Guide

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart - $30.99

Buy now

Share the love

Free worldwide shipping over$79

trendynewlook

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

## Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

G Pay Google Pay

G Pay Google Pay

Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*JIACHENGKEJF5TG" on
your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5EK33394565319243

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2009355197773173473816

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

009 ootdstyle.com

3/26/26, 3:15 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ON ORDERS OVER $79

Ootdstyle

English USD

Home NEW ARRIVALS DRESSES BEST SELLERS CLOTHING DENIM SHOES ACCES&JEWELRY





Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color: Green

Green Khaki Yellow

Size: S Size Guide

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart - $30.99

Buy now

Description

ootdstyle

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

## Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

G Pay Google Pay G Pay

G Pay Google Pay G Pay



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**Strolling Fashion Trading Limited**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7H316101GF7987408

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2283986197773801798588

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

010 dressupx.com

3/26/26, 3:31 PM    Casual Print Patchwork U Neck T-Shirts(3 Colors)

HOME  NEW ARRIVALS  HOT  MORE LINKS    English  USD



Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color: Green

Green  Khaki  Yellow

Size: S    Size Guide

S  M  L  XL  2XL  3XL  4XL

Quantity

− 1 +

Add to cart · $30.99

Buy now

Free worldwide shipping for order $79

Sustainably made

dressupx

Information > Shipping > Payment

Contact [redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Payment method

All transactions are secure and encrypted.

G Pay Google Pay

Credit Card  VISA  +2

PayPal Pay by credit card or debit card through PayPal

Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code  Apply

Subtotal

Shipping

Total:

VA 2-429-535



**广州佳诚科技发展有限公司**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $38.98 USD
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6WK60542VB471122T

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1907041198029807910268

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

011 up83.com

3/26/26, 3:47 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING OVER $49

UP83 BOUTIQUE

Exclusive New Arrival Dresses Tops Swimwears More links



Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy $1.00 more and save 10% off

Color: Green

Green Khaki Yellow

Size: S

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart · $30.99

Buy now

Share the love

Free worldwide shipping

Free returns

Sustainably made

## Up83 Boutique

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact

Already have an account? Login

Email

[redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

Casual Print Patchwork U Neck T-Shirts(3 Colors)
Color: Green
Size: S
Threshold Promo (-$3.10)
$27.89
$30.99

Gift Card / Coupon Code
Apply

| | |
|---|---|
| Subtotal | $30.99 |
| Threshold Promo | -$3.10 |
| Shipping | |
| Total: | |

VA 2-429-535



**上海八英里电子商务有限公司**
30 March 2026 . Payment

**−$30.88 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *BAYINGLIDIAE2TL" on your card statement.

$30.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0GX213440W065381X

**Seller info**

上海八英里电子商务有限公司
+86 13964047785
**support@lilymix.shop**

**Invoice ID**

313068-00006931

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: 4292-1-S | $30.99 USD |
| TransactionDiscount | **- $3.10 USD** |
| Shipping | **$2.99 USD** |
| **Total** | **$30.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

012 ootdress.com

3/26/26, 3:09 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ON ORDERS OVER $79

USD English

OOTDRESS
START YOUR FASHION JOURNEY HERE

HOME NEW IN BEST SELLER DRESSES CLOTHES ACCS&JEWELRY

Home / Casual Print Patchwork U Neck T-Shirts(3 Colors)





**Casual Print Patchwork U Neck T-Shirts(3 Colors)**

$30.99 USD

COLOR

Green Khaki Yellow

SIZE Size Chart

S M L XL 2XL 3XL 4XL

QUANTITY

- 1 +

ADD TO CART

PayPal

Pay Later

More payment options

Frequently bought together:

## Ootdress

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Update |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States | Update |
| Methods | Standard Shipping(7-12 Business Days) · $7.99 | Update |

### Add a tip

Show your support for the team at Ootdress

| 5% $1.55 | 10% $3.10 | 15% $4.65 | None |
|---|---|---|---|

Custom tip — Update tip

Thank you, we appreciate it

Casual Print Patchwork U Neck T-Shirts(3 Colors) — $30.99
Green / S

Coupon code — Apply

| | |
|---|---|
| Subtotal | $30.99 |
| Shipping | $7.99 |
| Total | |

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8D990859UF117603B

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407453203083289476732
-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

013 migunica.com

3/26/26, 3:20 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ON ORDERS OVER $79

USD English

Migunica

HOME NEW IN BEST SELLER DRESSES CLOTHES ACCS&JEWELRY SHOES

Home / Casual Print Patchwork U Neck T-Shirts(3 Colors)





**Casual Print Patchwork U Neck T-Shirts(3 Colors)**

$30.99 USD

COLOR

Green Khaki Yellow

SIZE Size Chart

S M L XL 2XL 3XL 4XL

QUANTITY

− 1 +

ADD TO CART

BUY NOW

Details

- Material: Polyester
- Style: Casual
- Pattern Type: Print
- Element: Patchwork
- Neckline: U Neck
- Elastic: Small Elastic
- Sleeve Style: Bat-wing Sleeve
- Sleeve Length: Half Sleeve
- Fit Type: Straight

## Migunica

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Update |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States | Update |
| Methods | Standard Shipping(7-12 Business Days) · $7.99 | Update |

### Add a tip

Show your support for the team at Migunica

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.55 | $3.10 | $4.65 | |

Custom tip — Update tip

Thank you, we appreciate it

Casual Print Patchwork U Neck T-Shirts(3 Colors) — Green / S — $30.99

Coupon code — Apply

Subtotal $30.99

Shipping $7.99

Total

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1RR29851J7558173W

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407453208654700912538
-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

014 modgodd.com

3/26/26, 2:59 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING OVER $79

Search...

ModGodd

English USD ACCOUNT CART

HOME NEW ARRIVALS HOT SALE DRESSES TOPS BOTTOMS ACCESSORIES SWIMWEAR SHIPPING&RETURN MORE LINKS





Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color-Green

Size-S Size Guide

S M L XL 2XL 3XL 4XL

Quantity

1

Free worldwide shipping over $79
Sustainably made
Secure payments

Add to cart - $30.99

Buy it now

Share Tweet Pin it

## Modgodd

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

Payment method

All transactions are secure and encrypted.

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

| | |
|---|---|
| Subtotal | $30.99 |
| Shipping | + $7.99 |
| Total: | |

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $38.98 USD
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

17R02568S89523645

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1401444197772927766296

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

015 bohemianplus.com

3/26/26, 3:25 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING FOR ORDER OVER $69

English USD

HOME NEW ARRIVALS DRESSES TOPS BOTTOMS TWO PIECES JUMPSUITS&ROMPERS ACCS&SHOES MORE LINKS





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy 2 items and save 8% off
Buy 3 items and save 12% off
Buy 5 items and save 15% off

Free shipping

COLOR - GREEN

SIZE

S M L XL 2XL 3XL 4XL

QUANTITY

− 1 +

ADD TO CART - $30.99

BUY IT NOW

Your items are reserved for 03 : 31.8
Complete your order as soon as possible

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd. Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

### Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted

Google Pay

Credit Card +2

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.

Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

| | |
|---|---|
| Subtotal | $30.99 |
| Shipping | + $7.99 |
| Total: | |

**VA 2-429-535**



**广州佳诚科技发展有限公司**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8KU8748109268501M

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1429734-BOPDWP91483

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

016 mooncaci.com

3/26/26, 3:36 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

Enjoy Free Shipping Over $79 or More! Shop now

Search... Mooncaci ACCOUNT CART

HOME NEW ARRIVALS OCCASIONS TRENDING BEST SELLER DRESSES BOTTOMS TOPS OUTWEAR





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

Color - Green

Green Khaki Yellow

Size

S M L XL 2XL 3XL 4XL

Price

$30.99

Quantity

− 1 +

Add to cart - $30.99

mooncaci

Information > Shipping > Payment

Contact [redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Payment method

All transactions are secure and encrypted.

G Pay Google Pay G Pay

PayPal Pay by credit card or debit card through PayPal

Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**Strolling Fashion Trading Limited**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $38.98 USD
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Received your order?**

You can confirm the receipt of this order 48 hours after your payment.

**Transaction ID**

06J062907D752383W

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2387001-MONOVB29450

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

017 17wholesale.com

3/27/26, 4:12 AM Wholesale Ethnic Patch Geometric Graphic T Shirt- 17Wholesale Fashion Clothing Wholesale Suppliers, Wholesale Price & No MO…




3/27/26, 4:15 AM Checkout - www.17wholesale.com




VA 2-429-535



**VeniShe** **−$16.66 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $16.66 USD
You'll see "PAYPAL *VENISHE VEND3SE" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th Floor
15th floor
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

82S21299XR4027019

**Seller info**

VeniShe
+86 18960410244
**payment@venishe.com**

**Invoice ID**

WA202604136439969176

**Order summary**

| | |
|---|---|
| WA1093 Product ID: WA1093-1-S | $6.05 USD |
| Shipping | **$9.85 USD** |
| Handling | **$0.76 USD** |
| **Total** | **$16.66 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

018 kimstowe.com

3/26/26, 2:42 PM Ethnic Patch Geometric Graphic T Shirt

Buy 6 get 12% Off
Buy 8 get 15% Off

HOME WOMEN MEN KIMSTOWE English USD



## Ethnic Patch Geometric Graphic T Shirt

$28.99

COLOR - FUCHSIA

SIZE

S M L XL 2XL 3XL

QUANTITY

1

ADD TO CART - $28.99

BUY IT NOW

24/7 customer support

Fast shipping

Premium materials

Secure payments

kimstowe

Your items are reserved for 03 : 55.2
Complete your order as soon as possible

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

[redacted]

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

Ethnic Patch Geometric Graphic T Shirt $28.12
Color: Fuchsia $28.99
Size: S
Promo discount (-$0.87)

Gift Card / Coupon Code Apply

Subtotal $28.99

Promo discount - $0.87

Shipping + $5.99

Shipping Insurance

Total:

VA 2-429-535



**深圳市天译电子商务有限公司**
27 March 2026 . Payment

**−$35.10 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*TIANYIDIANZVJ7N" on
your card statement.

$35.10 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

816112809T5423849

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2257511-JFF00024544

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S<br>Product ID: XH-53598-CXY-Fuchsia-S | $28.99 USD |
| TransactionDiscount | **- $0.87 USD** |
| Shipping | **$5.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$35.10 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

019 mifulan.com

4/22/26, 1:39 PM Ethnic Patch Geometric Graphic T Shirt

Mifulan

HOME CHRISTMAS DEALS DRESS PANTS SWEATSHIRT JACKET OUTWEAR MAXI SKIRT ACCESSORIES SHOES & BOOTS MORE LINKS




Ethnic Patch Geometric Graphic T Shirt

$23.99

Add to cart - $23.99

Buy it now

Description

You may also like



4/22/26, 1:41 PM Mifulan

Mifulan

Information > Payment

Express checkout

Contact

Already have an account? Login

[redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region: United States

First Name: Oo

Last Name: Ooo

Street address & house number: 111 W JACKSON BLVD

Apartment, suite, building floor...

City/Town: CHICAGO

State: Illinois

ZIP code: 60604-3589

[redacted]

Save this information for next time

Shipping method

Express Shipping ($6.00)

Ethnic Patch Geometric Graphic T Shirt — Color: Fuchsia, Size: S — $23.99

Subtotal $23.99

Shipping + $6.00

Total: USD $29.99

Insured Worldwide Shipping

Money Back Guarantee

Safe & Secure Checkouts

VA 2-429-535



3

← Back

**深圳市蒲公英信息科技有限公司**
22 April 2026 . Payment

**−$29.99 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $29.99 USD

You'll see "PAYPAL *PUGONGYINGXC R4L" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5VL945275V3770325

**Seller info**

深圳市蒲公英信息科技有限公司
+86 18676369146
service@dandelionsnet.com

**Invoice ID**

165201320003711813449

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S Product ID: XH-53598-CXY-Fuchsia-S | $23.99 USD |
| Shipping | **$6.00 USD** |
| **Total** | **$29.99 USD** |

Print details

020 newevers.com

3/27/26, 3:43 AM Newevers

Free shipping over $59+/10% off code:NEE10

Search... Newevers English USD ACCOUNT CART

HOME NEW IN BOHO VIBES COTTON & LINEN SWEATERS & CARDIGANS CUTE CAT WESTERN STYLE MORE LINKS



Ethnic Patch Geometric Graphic T Shirt

Color-Fuchsia

Size-S

S M L XL 2XL 3XL

$28.99

10% OFF GET

15% OFF 2nd item
30% OFF 3rd item
50% OFF 4th item

Spend $60.00 to get 1 free gift(s)

Quantity

− 1 +

Free shipping on international order of $59.00+

Easy return and exchange

Eco-friendly & Sustainability

Secure payments

Add to cart - $28.99

Buy it now

Secure Payments By PayPal

3/27/26, 3:46 AM Newevers

Newevers

Express checkout

OR

Contact Already have an account? Login

Email [redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery

Country/Region United States

First Name Oo

Last Name Ooo

Street address & house number 111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town Chicago

State Illinois

ZIP code 60604-3589

[redacted]

Save this information for next time

Shipping method

Standard Shipping $5.99

Ethnic Patch Geometric Graphic T Shirt $28.99
Color: Fuchsia
Size: S

Gift Card / Coupon Code Apply

Subtotal $28.99

Shipping

Total

VA 2-429-535



**JingHao** **−$38.98 USD**

13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $38.98 USD

You'll see "PAYPAL *JINGHAO JINQBSN" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8BK97208K128233 0W

**Seller info**

JingHao
**paypal@loveciss.com**

**Invoice ID**

640596-NEE00129699

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S Product ID: XH-53598-CXY-Fuchsia-S | $28.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

## 021 wearshes.com

3/27/26, 3:51 AM Ethnic Patch Geometric Graphic T Shirt 25.99

10% Off First Order For New Users

Free shipping for orders over $79.00

WEARSHES Search English USD

Home Best Seller Women Clothing Animals Bohemian Japanese Art Linen Style Icelandic Sweater Festival Art Styles More links

Home / Ethnic Patch Geometric Graphic T Shirt



Ethnic Patch Geometric Graphic T Shirt

$25.99

Buy $59.00 get $5.00
Buy $79.00 get $12.00
Buy $99.00 get $25.00

Spend $79.00 to get 1 free gift(s)
Spend $89.00 to get 2 free gift(s)

Color: Fuchsia

Yellow Fuchsia

Size: S

S M L XL 2XL 3XL

Quantity

− 1 +

Add to cart · $25.99

Buy now

Free shipping on international order of $79.00+

30-Day Free Returns & Exchanges

---

3/27/26, 4:10 AM wearshes

WEARSHES

Express checkout

OR

Contact Already have an account? Login

Email
[redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name
Oo

Last Name
Ooo

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

[redacted]

Save this information for next time

Shipping method

Standard Shipping $5.99

Ethnic Patch Geometric Graphic T Shirt $25.99
Color: Fuchsia
Size: S

Gift Card / Coupon Code Apply

Subtotal $25.99

Shipping

Total

**VA 2-429-535**



**Spiregood** **−$35.98 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $35.98 USD
You'll see "PAYPAL *SPIREGOOD SBQ4Y" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1VF1493566033694
4

**Seller info**

Spiregood
+86 19927743312
**paypal@spiregood.com**

**Invoice ID**

780305-
she00479529

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Yellow-S Product ID: XH-53598-CXY-Yellow-S | $25.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$35.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 022 baeswimsuit.com

3/26/26, 2:54 PM Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt

FREE STANDARD SHIPPING $59+

Baeswimsuit

English USD

New Arrivals Hot Dresses Clothing Jewelry Accessories Shoes Find Your Orders



Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt

$24.99

COUPON

Color: Green

Size: Green

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart · $24.99

Buy now

---

Baeswimsuit

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

Payment method

All transactions are secure and encrypted.

- WeChat Pay
- Alipay
- G Pay Google Pay
- Credit Card VISA +2

Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt $24.99
Color: Green
Size: S

Subtotal $24.99

Shipping + $6.99

Total:

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$31.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$31.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

4YP32127V0938944L

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
fengting0324@gmail.com

**Invoice ID**

657267-BAENJH37375

**Order summary**

| | |
|---|---|
| Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt / Green-S Product ID: TSH2205122431GRES | $24.99 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$31.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be eligible for purchase protection

## 023 homewode.com

3/26/26, 2:48 PM — Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

March Deals: 15% Off with code SALE15

Homewode | New In | From 7.99 | Women | Men | More | English | USD

Home / Women's Pants / Women's Elastic Waist Printed Leggings Bootcut Printed Leggings





# Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99

5% OFF
Extra
GET

10% OFF 2nd item
20% OFF 3rd item

Color: 001

| | | |
|---|---|---|
| 001 | 002 | 003 |
| 004 | 005 | 006 |
| 007 | | |

## Homewode

Express checkout

PayPal

Pay Later

OR

Contact — Already have an account? Login

Email
[redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region: United States

First Name (optional): O

Last Name: O

Street address & house number: 111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town: Chicago

State: Illinois

ZIP code (optional): 60604-3589

Phone (optional)
[redacted]

Save this information for next time.



Women's Elastic Waist Printed Leggings Bootcut Printed Leggings — $25.99
Color: 001
Size: S

Gift Card / Coupon Code — Apply

Subtotal $25.99

Shipping +$4.99

Sales Tax

Total:

**VA 2-429-535**



**Moore Stanley LLC.**
27 March 2026 . Payment

**−$33.84 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $33.84 USD
You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4L4645066M2824311

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

316529-HW00128622

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

024 jrsee.com







VA 2-429-535



**Moore Stanley LLC.** **−$33.84 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $33.84 USD
You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5MG4683245827732A

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

49353-JR00063026

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

025 raixy.com




3/27/26, 4:33 AM

Raixy




VA 2-429-535



**Moore Stanley LLC.** **−$33.84 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $33.84 USD
You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2XC80094K6588331B

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

244449-RX00027983

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S<br>Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

026 wonerso.com

3/27/26, 4:17 AM Women's Elastic Waist Printed Leggings Bootcut Printed Leggings – wonerso

WONERSO

Enter here and click se





Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99 USD

Limited Sale 17 27 34.6

Color

001 002 003 004 005 006 007

Size

S M L XL XXL XXXL

Quantity - 1 +

Add to cart

PayPal

More payment options




3/27/26, 4:19 AM wonerso.com/1760171616616/checkouts/c2c4a7e5c9b3a063b5d57179d0b79992?buyScence=cart

wonerso

Express Checkout

PayPal

OR

Contact Already have an account? Log in

[redacted]

Receive exclusive offers and marketing updates

Delivery

Country/region United States

First name Oo Last name Ooo

Address 111 W JACKSON BLVD

+ Add apartment, suite, etc.

City CHICAGO State Illinois ZIP code 60604-3589

Phone [redacted]

Shipping method

| | |
|---|---|
| Standard Shipping (Free Shipping on order over $79) | $5.99 |
| Premium Shipping (Faster and more reliable delivery times) | $15.99 |
| Express Shipping (Priority order processing \| Direct flights) | $29.99 |

Women's Elastic Waist Printed Leggings Bootcut Printed Leggings 001 / S $25.99

Coupon code Apply

Subtotal

Shipping

Total

VA 2-429-535



**Ouyuan Co., Ltd.**
13 April 2026 . Payment

**−$31.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $31.98 USD
You'll see "PAYPAL *OUYUANCOLTD75Z6" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1WT64324XF5229420

**Seller info**

Ouyuan Co., Ltd.
**ackbarnet@outlook.com**

**Invoice ID**

2407452913006315357179-001

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings | $25.99 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$31.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

027 pilicat.com

3/26/26, 3:41 PM Women's Retro Water Drop Art Print Casual Wide Leg Pants

Free Shipping on Orders Over $79.99

Search products

PILICAT

USD

NEW ARRIVALS WOMEN'S CLOTHING MEN'S CLOTHING PRINTING THEMES



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$38.98

20 people are viewing this right now

Color: Multicolor

Multicolor

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart - $38.98

Buy now

PayPal Pay Later

Shipping

Estimated Delivery: Apr 07 - Apr 15

Security and Service

Payment Security Privacy Protection

PILICAT

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

Email

[redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

Women's Retro Water Drop Art Print Casual Wide Leg Pants $38.98
Color: Multicolor
Size: S

Gift Card / Coupon Code Apply

Subtotal $38.98

Shipping + $9.00

Sales Tax

Total:

VA 2-429-535



**深圳市蓝凯瑞技术开发有限公司**
30 March 2026 . Payment

**−$51.88 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*LANKAIRUIJILND6" on
your card statement.

$51.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

41504895GF653172W

**Seller info**

深圳市蓝凯瑞技术开发有限公司
415-702-8790
**fenvoshop@gmail.com**

**Invoice ID**

1950935-PC00014043

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: YK3654-Multicolor-S | $38.98 USD |
| Shipping | **$9.00 USD** |
| Tax | **$3.90 USD** |
| **Total** | **$51.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

028 tomilow.com

3/27/26, 10:06 AM

Women's Retro Water Drop Art Print Casual Wide Leg Pants

Tomilow

Home More links

English USD



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$61.98

Buy 2 items and save 5% off
Buy 3 items and save 8% off
Buy 5 items and save 10% off

Color: Multicolor

Multicolor

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart · $61.98

Buy now

Sku: Multicolor-S-A00182656

Description

Tomilow

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, , Chicago Illinois 60604-3589 United States | |
| Method | Free Shipping | Change |

Payment method

All transactions are secure and encrypted.

Credit & Debit Card VISA +2

G Pay Google Pay G Pay



Women's Retro Water Drop Art Print Casual Wide Leg Pants $61.98
Color: Multicolor
Size: S

Gift Card / Co

Subtotal

Shipping

Total:

VA 2-429-535



**深圳市羽炫信息技术有限公司**
30 March 2026 . Payment

**−$68.97 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*YUXUANXINXIA6QA" on
your card statement.

$68.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

74K77760P0198370V

**Seller info**

深圳市羽炫信息技术有限公司
+86 18676363540
**service@dandelionsnet.com**

**Invoice ID**

1860247198032178698876

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: -Multicolor-S-A00182856 | $61.98 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$68.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

029 chunro.com

3/27/26, 10:00 AM Women's Retro Water Drop Art Print Casual Wide Leg Pants

CHUNRO

English USD

Home New in Maxi Dress Top



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$38.98

Color: Multicolor

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart · $38.98

Buy now

## Chunro

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Tracking Shipping | Change |

### Add tip

| 5% $1.95 | 10% $3.90 | 15% $5.85 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

Credit & Debit Card VISA +2



Women's Retro Water Drop Art Print Casual Wide Leg Pants $38.98
Color: Multicolor
Size: S

Subtotal $38.98

Shipping

Total:

VA 2-429-535



**深圳市羽炫信息技术有限公司** **−$44.98 USD**
30 March 2026 . Payment

**Paid with**

Wise Card $44.98 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *YUXUANXINXIA6QA" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5DN85409R40887001

**Seller info**

深圳市羽炫信息技术有限公司
+86 18676363540
**service@dandelionsnet.com**

**Invoice ID**

714607-BEK00021615

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: -Multicolor-S-A00182856 | $38.98 USD |
| Shipping | **$6.00 USD** |
| **Total** | **$44.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

030 simplystylishs.com

3/27/26, 4:51 AM

Women's Retro Water Drop Art Print Casual Wide Leg Pants




3/27/26, 4:54 AM

simplystylishs




VA 2-429-535



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$42.85 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $42.85 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4M146824VS4742618

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1745493-sp00000635

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S Product ID: YK3654-Multicolor-S | $35.86 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$42.85 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

031 chiccharmy.com

3/27/26, 10:21 AM Casual Print Basic U Neck Regular Jumpsuits – Chiccharmy

BUY 2 Items GET10% OFF CODE: CC10; BUY 3 Items+ GET 12% OFF,CODE: CC12; BUY 5 Items+ GET15% OFF Code: CC15

USD English

Chiccharmy

NEW IN BEST SELLER DRESSES CLOTHES ACCES&JEWELRY

Home / Casual Print Basic U Neck Regular Jumpsuits





CASUAL PRINT BASIC U NECK REGULAR JUMPSUITS

$39.49 USD

Color

Red Green Yellow

Size

S M L XL 2XL

Quantity

- 1 +

Free worldwide shipping over $79

Returns&Exchange

Carbon neutral

Secure payments

Add to cart

PayPal

Pay Later

More payment options

Details:

Chiccharmy

Information > Shipping > Payment

| | | |
|---|---|---|
| Contact | [redacted] | Update |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States | Update |
| Methods | Standard Shipping(7-12 Business Days) · $7.99 | Update |

Add a tip

Show your support for the team at Chiccharmy

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.97 | $3.95 | $5.92 | |

Custom tip Update tip

Thank you, we appreciate it

Casual Print Basic U Neck Regular Jumpsuits
Red / S $39.49

Coupon code Apply

Subtotal $39.49

Shipping $7.99

Total

VA 2-429-535



**Strolling Fashion Trading Limited** **−$47.48 USD**
30 March 2026 . Payment

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted] $47.48 USD
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Received your order?**

You can confirm the receipt of this order 48 hours after your payment.

**Transaction ID**

0MC91111BG6442023

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2407457522726028226766-
001

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits | $39.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$47.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

032 voeza.com

Voeza

USD

Dresses | Tops | Jumpsuit & Rompers | Two Pieces | Bottoms | Swimwears | Accessories

Casual Print Basic U Neck Regular Jumpsuits(3 Colors)



$39.49 USD

Color

Red | Green | Yellow

Size

S | M | L | XL | 2XL

Quantity

− 1 +

Add to wishlist

Add to cart

Pay with PayPal

More payment options

Voeza

Express checkout

PayPal | G Pay | venmo

OR

**Contact**

Sign in

Email

[redacted]

Email me with news and offers

**Delivery**

Country/Region
United States

First name
O

Last name
O

Address
111 W Jackson Blvd

Apartment, suite, etc. (optional)

City
Chicago

State
Illinois

ZIP code
60604

1 Casual Print Basic U Neck Regular Jumpsuits(3 Colors) $39.49
Red / S

Discount code | Apply

Subtotal

Shipping

**Total**

**VA 2-429-535**



**KLS**
30 March 2026 . Payment

**−$39.49 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*KLSFAKU" on your card
statement.

$39.49 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5FD7844354648161U

**Seller info**

KLS
+86 17092558233
**yf602637610@gmail.com**

**Invoice ID**

rSR0ObzpMsfXSegbZp1Wt
CD12

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits(3 Colors) - Red / S | $39.49 USD |
| **Total** | **$39.49 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

033 kosakai.net

3/27/26, 5:05 AM Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits

KOSAKAI



**Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits**

€39.49

Color: Red

Red Green Yellow

Size: S

S M L XL 2XL

Quantity

- 1 +

Add to cart

Buy it now

Pay

Product description Product reviews FAQs

Details:

3/27/26, 5:07 AM Checkout - KOSAKAI

KOSAKAI

Express Checkout

Pay

Powered by PayPal

OR

Shipping Address

[redacted]

Country/Region
United States

First name
Oo

Last name
Ooo

Address
111 W JACKSON BLVD

Apartment, suite, etc. (Optional)

City
CHICAGO

Province
Illinois

ZIP Code
60604-3589

[redacted]

Also used as billing address

Shipping & Delivery

Free Shipping Over €60 €20.00

Payment Method

PayPal

Order Summary: €59.49 (1 items)

Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits

Red / S

€39.49

Coupon Code

Subtotal

Shipping

Total

VA 2-429-535



**中山市庆徽灯饰有限公司** [redacted]
13 April 2026 . Payment

**Paid with**

Wise Card [redacted]
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*QINGHUIEYWW"
on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

92S58043W886758
3L

**Seller info**

中山市庆徽灯饰有限公司
+86 13183632926
**support@galaxilighting.com**

**Invoice ID**

kosakaiE41358905
6083417

**Order summary**

Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits Red / S Product ID: pid_2323254 [redacted]

Shipping [redacted]

**Total** [redacted]

034 cloudsjewelry.com

4/22/26, 1:44 PM Casual Print Basic U Neck Regular Jumpsuits




4/22/26, 1:48 PM cloudsjewelry




VA 2-429-535



← Back

**深圳优晨教育有限公司**
22 April 2026 . Payment

**−$44.29 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $44.29 USD
You'll see "PAYPAL *YOUCHENXVYU" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

05N203234M1895732

**Seller info**

深圳优晨教育有限公司
+36 25369818
mereled@outlook.com

**Invoice ID**

2305981-JG00002017

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits / Red-S Product ID: FN7177-1-S | $39.49 USD |
| TransactionDiscoun | **- $1.18 USD** |
| Shipping | **$4.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$44.29 USD** |

035 chicif.com

3/27/26, 4:56 AM Vintage Ethnic Printed Half Sleeve Casual Loose Shirt

chicif





Vintage Ethnic Printed Half Sleeve Casual Loose Shirt

$20.99 USD

7% off for all

Buy 2 get 10% off

APPLICERA

Color: Green

Size

Quantity

ADD MAP

Frequently bought together:



Vintage Ethnic Printed Half Sleeve Casual Loos...

$20.99 USD

Color Blocking Dots Printed Round Neck Half...

$23.99 USD

Totalet: $40.48 USD Spara $4.50 USD

3/27/26, 5:00 AM chicif.com/1701072753890/checkouts/c2c4a7e5c9f4d073919580e595b2e4f6?buyScence=cart

chicif

Expressbetalning

PayPal

ELLER

Kontakt

Har du redan ett konto? Logga in

[redacted]

Få exklusiva erbjudanden och uppdateringar om beställningar

Leverera

Land
Amerika

Förnamn (Valfritt)
Oo

Efternamn
Ooo

Adress
111 W JACKSON BLVD

+ Lägenhetsnummer, byggnad etc.

Stad
CHICAGO

Delstat
Illinois

Postnummer
60604-3589

Telefon
[redacted]

Leveransläge

Standard $2.99

Expedited $9.99

Betalning

Vintage Ethnic Printed Half Sleeve Casual Loose Shirt
Green / S
$20.99

Kampanjkod Applicera

Totalt $20.99

Rabatt på beställningen

New Year Sale: 7% off for all -$1.47

Sjöfart

Totalet

Du har sparat

VA 2-429-535



**Shopping online** **−$22.51 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $22.51 USD
You'll see "PAYPAL *SHOPPINGONL84RJ" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

4S7050012L134564Y

**Seller info**

Shopping online
lovingstranger@sina.cn

**Invoice ID**

2407452954307391958045-001

**Order summary**

| | |
|---|---|
| Vintage Ethnic Printed Half Sleeve Casual Loose Shirt | $20.99 USD |
| TransactionDiscoun | **- $1.47 USD** |
| Shipping | **$2.99 USD** |
| **Total** | **$22.51 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

036 lanopal.com

3/27/26, 9:54 AM Women's Abstract Art Print Trousers

Free shipping for orders over $79.99

LANOPAL

English USD

Home Women's Flower Tops Linen V-neck Shirt Men's Summer Suits Japanese Dress Animal Shirts



Women's Abstract Art Print Trousers

$29.99

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

98 people are viewing this right now

Add to cart - $29.99

Buy now

PayPal Pay Later

Shipping

Security and Service

Payment Security Privacy Protection

Efficient and Safe Logistics Customer Service

LANOPAL

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

Email
[redacted]

Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589



Women's Abstract Art Print Trousers $29.99
Size: S

Gift Card / Coupon Code Apply

Subtotal $29.99

Shipping + $9.00

Sales Tax

Total:

VA 2-429-535



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$37.86 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $37.86 USD
You'll see "PAYPAL *HUIXINGONGCEQ MA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6B9179347L172502V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1119623-fa00004935

**Order summary**

| | |
|---|---|
| Printed Long Sleeve Coat Jacket Cardigan Women's Top / Floral 1-M:Bust 39.37"/100cm Product ID: YP29165_F1_M | $30.87 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$37.86 USD** |

**Need help?**

037 fashionmartclub.com

3/27/26, 5:17 AM

Printed Long Sleeve Coat Jacket Cardigan Women's Top




3/27/26, 5:19 AM

fashionmartclub






**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$37.86 USD**

13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $37.86 USD

You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]

1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6B9179347L172502V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1119623-fa00004935

**Order summary**

| | |
|---|---|
| Printed Long Sleeve Coat Jacket Cardigan Women's Top / Floral 1-M:Bust 39.37"/100cm Product ID: YP29165_F1_M | $30.87 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$37.86 USD** |

**Need help?**

038 amazitshop.com

3/27/26, 5:21 AM

New Long T-shirt Dress Retro Ethnic Style – Amazitshop

Amazit



New Long T-shirt Dress Retro Ethnic Style

$20.00

ADD TO CART

Buy with shop

DESCRIPTION

3/27/26, 5:26 AM

Checkout - Amazitshop

Amazit

Express checkout

shop PayPal G

OR

Contact

[redacted]

Email me with news and offers

Delivery

Country/Region
United States

Oo | Ooo

Company (optional)

111 W Jackson Blvd

Apartment, suite, etc. (optional)

Chicago | State Illinois | 60604

New Long T-shirt Dress Retro Ethnic Style $20.00
Color6 / 2XL

Discount code

Subtotal

Shipping

Total

VA 2-429-535



**Amazitshop** **−$21.00 USD**

13 April 2026 . Authorization

This is a temporary authorization to make sure your payment method will cover the payment. Your payment method will be charged when Amazitshop completes your order.

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $21.00 USD

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0M318431JY9615103

**Seller info**

Amazitshop
**amazitshop@gmail.com**

**Invoice ID**

rzEVpMFtG3uZG9NOrVjJaDnmR

**Order summary**

New Long T-shirt Dress Retro Ethnic Style - Color6 / 2XL $21.00 USD

**Total** **$21.00 USD**