**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANGELEA CLARK VAN DAM,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11186

Judge Manish S. Shah

**ORDER FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY AND ELECTRONICE NOTICE**

THIS CAUSE being before the Court on Plaintiff ANGELEA CLARK VAN DAM's ("Van Dam" or "Plaintiff") Motion for Expedited Discovery and Electronic Notice (the "Motion") against the Partnerships and Unincorporated Associations ("Defendants") identified in Schedule A to the Complaint and attached hereto (the "Defendant Internet Stores"), and this Court having reviewed the evidence before it hereby GRANTS Plaintiff's Motion as follows.

a. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and PayPal, Inc. ("PayPal") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine the identities and locations of Defendants, their officers, agents, servants, employees,

attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses.

2. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of any motion for preliminary injunction and any future motions and proceedings, by electronic means, by sending an e-mail to the e-mail addresses associated with the Defendant Internet Stores, including any e-mail addresses obtained through the expedited discovery authorized by this Order or otherwise provided for Defendants by third parties, and by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website. The combination of providing notice via electronic mail and/or electronic publication, along with any notice that Defendants receive from the online marketplace and payment processors in connection with this Order, shall constitute notice reasonably calculated under all the circumstances to apprise Defendants of the pendency of the action and of any motion for preliminary injunction and to afford them the opportunity to present their objections, as required by Rule 65(a)(1). This Order does not authorize, and Plaintiff does not by the Motion seek, formal service of process under Fed. R. Civ. P. 4(f)(3); Plaintiff reserves any request for formal electronic service of process, supported by per-defendant address-diligence.

September 21, 2026

Manish S. Shah
United States District Judge

**Schedule A**

| No. | Defendants |
|---|---|
| 1 | ONLYWOOD |
| 2 | LUDAODAO |
| 3 | wuyuestore |
| 4 | Gogio |
| 5 | SOLYHUX |
| 6 | MUMUXIAO |
| 7 | Kexijinbei |
| 8 | trendynewlook.com |
| 9 | ootdstyle.com |
| 10 | dressupx.com |
| 11 | up83.com |
| 12 | ootdress.com |
| 13 | migunica.com |
| 14 | modgodd.com |
| 15 | bohemianplus.com |
| 16 | mooncaci.com |
| 17 | 17wholesale.com |
| 18 | kimstowe.com |
| 19 | mifulan.com |
| 20 | newevers.com |
| 21 | wearshes.com |
| 22 | baeswimsuit.com |
| 23 | homewode.com |
| 24 | jrsee.com |
| 25 | raixy.com |
| 26 | wonerso.com |
| 27 | pilicat.com |
| 28 | tomilow.com |
| 29 | chunro.com |
| 30 | simplystylishs.com |
| 31 | chiccharmy.com |
| 32 | voeza.com |
| 33 | kosakai.net |
| 34 | cloudsjewelry.com |
| 35 | chicif.com |

| | |
|---|---|
| 36 | lanopal.com |
| 37 | fashionmartclub.com |
| 38 | amazitshop.com |