**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANGELEA CLARK VAN DAM,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11186

Judge Manish S. Shah

Magistrate Judge Jeannice W. Appenteng

**DECLARATION OF ANGELEA CLARK VAN DAM**

I, Angelea Clark Van Dam, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that created the Van Dam Work. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an artist who creates intricate, intriguing, and boldly-colored illustrations packed full of flowers, animals, patterns, and layers of details. I am a self-professed creative explorer, dabbling in a number of creative pursuits but always returning to my true passion of ink and color. Drawing unrealistic creatures and flowers has been something I have done since I was a small child. After spending five years working in ocean charting and then fifteen years as a graphic designer, I have honed my childish scribbles into the graphic and intricate style it is today. I create my works using acrylic paints and inks, applying them with both brush and fountain pen. I market my creations under the name, "Hello Angel,"

and I have also published thirteen bestselling coloring books. With my imagination and surroundings for inspiration, I hope my imagery provides my audience with hours of relaxing enjoyment and creative happiness.

4. Below is an official source of products associated with the Van Dam Work (the "Van Dam Products"):




https://pixels.com/featured/drips-hello-angel.html?product=canvas-print

5. I am the owner of the copyright registration for the Van Dam copyrighted work, which is protected by United States Copyright Registration No. VA 2-429-535 (the "Van Dam Work"). A true and correct copy of the copyright registration for the Van Dam Work is attached as **Exhibit 1.**

6. I control the quality of all materials and content that feature the distinctive Van Dam Work.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing and otherwise promoting the Van Dam Work. As a result, the image is widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Van Dam Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores”), which were offering for sale, selling, and importing unauthorized versions of the Van Dam Work to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Van Dam Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Van Dam Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Van Dam Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using

my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Van Dam Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Van Dam copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Van Dam Work and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Van Dam Work are meant to be exclusive rights.

13. The marketing and distribution of the Van Dam Work and derivative works are aimed at growing and sustaining sales. When infringers use the Van Dam Work without authorization, the exclusivity associated with the Van Dam Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Van Dam Work create the impression that the copyright rights associated with the Van Dam Work may be infringed with impunity. The Van Dam Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Van Dam Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Van Dam Work cannot be compensated for financially since it erodes my ability to monetize Van Dam Work.

15. I will suffer immediate and irreparable injury, loss, or damage if preliminary injunctive relief is not granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2026

Angelea Suzanne Clark Van Dam

Angelea Van Dam