Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-535**

**Effective Date of Registration:**
December 10, 2024
**Registration Decision Date:**
January 24, 2025

## Title

**Title of Work:** Drips

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 11, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Angelea Clark Van Dam
  **Pseudonym:** Hello Angel
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Angelea Clark Van Dam
1/14 Mulloway Place, Corlette NSW, 2315, Australia

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** December 10, 2024


hello angel