Exhibit 2

# 001 ONLYWOOD

10/6/25, 10:49 AM Amazon.com: ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jo...

Amazon Fashion



ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jogger Pants

$32.90

Size: Small

Small | Medium | Large | X-Large | XX-Large

**Product details**

Fabric type: 100% Polyester
Care instructions: Machine Wash
Origin: Imported

**About this item**

$32.90

In stock

Add to Cart

Buy Now

10/6/25, 10:50 AM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to** [redacted]
111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**
Default to this delivery address and payment method

**Arriving Oct 17, 2025 - Oct 27, 2025**



ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jogger Pants,16,Small
**$32.90**
FREE Returns
Ships from ONLYWOOD
Sold by ONLYWOOD

Gift options not available

Friday, Oct 17 - Monday, Oct 27
$5.00 - Delivery

Tuesday, Oct 14 - Thursday, Oct 16
$40.00 - Delivery

Place your order

**Order total: $41.27**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $32.90 |
| Shipping & handling: | $5.00 |
| Estimated tax to be collected:* | $3.37 |
| **Order total:** | **$41.27** |

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-3733004-1725827

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $32.90 |
| Shipping & Handling: | $5.00 |
| Total before tax: | $37.90 |
| Estimated tax to be collected: | $3.37 |
| **Grand Total:** | **$41.27** |

## Arriving May 21 - May 29



ONLYWOOD Womens Relaxed Sleeveless Adjustable Straps Boho Casual Jumpsuits Print Comfy Overalls Long Jogger Pants,16,Small

Sold by: ONLYWOOD

Supplied by: Other

$32.90

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 002 LUDAODAO

10/6/25, 12:10 PM Amazon.com: 2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for W…

amazon Deliver to Chicago 60604 | All | Search Amazon | EN | Hello, OO Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Amazon Haul | Early Prime Deals | Same-Day Delivery | Medical Care | Groceries | Pharmacy | Home Improvement | Customer Service | Amazon Basics | Best Sellers | Buy Again | Amazon Business

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Luxury Stores

Clothing, Shoes & Jewelry › Women › Clothing › Active › Sets › Tracksuits



Brand: Generic

Generic Women's Multicolor Track Suit 2 Piece Set S-2XL

Search or ask

$41.99

FREE Returns

Color: Geo Print 4




‹ Previous | 1 | 2 | 3 | 4 | Next ›

Size: Medium

Small | Medium | Large | X-Large | XX-Large

**Product details**

| | |
|---|---|
| Fabric type | Polyester Blend |
| Care instructions | Machine Wash |
| Origin | Imported |

**About this item**

- 【Features】Unlike Traditional Solid Color Sweat Suits For Womens 2 Piece, Our Bold Designs Give The Matching Sets A Variety Of Colors And Prints. The Womens Sweatsuits 2 Piece Set Designed With A Crewneck Long Sleeve Pullover Sweatshirt And High-Waisted Sweatpants.The Crewneck Makes The Clothes More Fashionable, Comfortable And Elastic, Our Jogger Sets For Women 2 Piece Give You A Better And More Pleasant Wearing Experience
- 【Style】Due To The Loose Fit, This Matching Sweat Sets For Women Provides More Space For The Shoulder And Arm Area To Move Freely, Even In Winter. The Sporty Style Sweatsuits For Women Is Suitable For Fitness Or Home. Oversized Long Sleeve Drop Shoulder Sweatsuit And Two Pockets Drawstring Joggers.The Top And Bottom Can Also Be Worn Separately, Which Can Be Easily Matched

$41.99

$7.98 delivery **October 31 - November 10.** Details

Deliver to [redacted] - Chicago 60604

In stock

Usually ships within 4 to 5 days.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | LUDAODAO |
| Sold by | LUDAODAO |
| Returns | FREE 30-day refund/replacement |
| Customer service | Amazon |

See more

Add to List



Dsewpaur Camo Sweatpants for...

4.5 6

$29.99

Sponsored

10/6/25, 12:10 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to [redacted]** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard [redacted]** Change

Select a payment plan

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

**Arriving Oct 31, 2025 - Nov 10, 2025**



2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for Women Geo Print Womens Two Piece Sets M

**$41.99**

& FREE Returns

Ships from LUDAODAO

Sold by LUDAODAO

1

Gift options not available

**Friday, Oct 31 - Monday, Nov 10**

$7.98 - Delivery

Place your order **Order total: $54.27**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $41.99 |
| Shipping & handling: | $7.98 |
| Estimated tax to be collected:* | $4.30 |
| **Order total:** | **$54.27** |

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-8372063-2753804

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $41.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $49.97 |
| Estimated tax to be collected: | $4.30 |
| **Grand Total:** | **$54.27** |

## Arriving June 3 - June 11



2 Piece Sets for Women 2 Piece Outfit Jogger Sets for Women Workout Sets for Women Comfy Lounge Sets for Women Geo Print Womens Two Piece Sets M

Sold by: LUDAODAO

Supplied by: Other

$41.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 003 wuyuestore

5/8/26, 12:28 PM UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear Colorful Geomet…

amazon Deliver to O.O Sewickley 15143 | All | Search Amazon | EN | Hello, O.O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Customer Service | Audible | Buy Again | Pet Supplies | Beauty & Personal Care

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Men › Clothing › Sleep & Lounge › Robes





Brand: UCBGYUR

Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear

5.0 ★★★★★ (1) | Search this page

$34.60

FREE Returns

Color: **Colorful Geometric**

$34.60 | See 19 options with no featured offers

Size: **Medium**

Medium | Large | X-Large | XX-Large | 3X-Large | 4X-Large

**Product details**

**Top highlights**

| | |
|---|---|
| **Fabric type** | Thickened Wash Wrinkle 100g |
| **Origin** | Imported |

**About this item**

- Middle Eastern Inspired Design: This mens kaftan long robe combines Arabic thobe for men and traditional men long gown elements. Its V-neck and butterfly sleeve robe design create a flowing, elegant look that highlights classic Middle Eastern style with a modern touch.
- omfortable & Relax Fit Fabric: Made from soft, lightweight, and breathable fabric, this men's cotton

$34.60 Price history

$4.49 delivery **June 5 - 23** to Sewickley 15143. Details

In stock

Usually ships within 2 to 3 days.

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | wuyuestore |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to Auto Buy

Add to List

5/8/26, 12:31 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

**O.O, we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Jun 5, 2026 - Jun 23, 2026**



UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear

**$34.60**

& FREE Returns

Ships from wuyuestore

Sold by wuyuestore

**Color:** Colorful Geometric

**Size:** Medium

1

Gift options not available

Friday, Jun 5 - Tuesday, Jun 23

$4.49 - Delivery

Congratulations O.O, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing … use.

Items:

Shipping …

Estimated …

**Order**

# VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-0605139-5769017

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $34.60 |
| Shipping & Handling: | $4.49 |
| Total before tax: | $39.09 |
| Estimated tax to be collected: | $3.55 |
| **Grand Total:** | **$42.64** |

## Arriving June 8 - June 24



UCBGYUR Arabic Kaftan for Men V Neck Butterfly Sleeve Muslim Long Robe Middle Eastern Thobe Lounge Wear Colorful Geometric

Sold by: wuyuestore

Supplied by: Other

$34.60

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 004 Gogio

3/26/26, 10:16 AM Amazon.com: dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Poc…

amazon Deliver to oO Chicago 60604 All Search Amazon EN Hello, [redacted] Account & Lists Returns & Orders 0 Cart

All Rufus Join Prime Big Spring Sale Same-Day Delivery Amazon Haul Medical Care Pharmacy Amazon Basics Amazon Home Books Music Buy Again Audible Pet Supplies Beauty & Personal Care Browsing History

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Amazon Brands Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Sweaters › Cardigans



Brand: dsumvns

Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket

Search this page

$27.99

Price history

Color: Multicolor-f

$27.99 See 15 options with no featured offers

Size: 5X-Large

Medium Large X-Large XX-Large 3X-Large 4X-Large 5X-Large

**Product details**

**Top highlights**

| | |
|---|---|
| Fabric type | 100% Polyester |
| Care instructions | Machine Wash |

**About this item**

- Material:These printed cardigans for women are made of 100% polyester or a high quality rayon blend fabric. They stretch well but are not clingy or sheer. soft, breathable, and resistant to shrinkage after washing. plus easy to care for
- Features:The boho sweater features an open front design with intricate ethnic style patterns in vibrant colors. It has long sleeves, side pockets, and a mid length cut that adds a bohemian touch, available in multiple pattern and color combinations
- Match:Pair this ethnic jacket with a plain tank top and flared jeans for a casual, boho look, or style it over a maxi dress to enhance the ethnic aesthetic for a more dressy occasion
- Occasions:Ideal for music festivals, beach vacations, or adding a unique ethnic flair to everyday outfits. The eye catching patterns make it perfect for events where you want to embrace a free spirited, bohemian style
- Washing Instructions:For these boho clothes, we recommend machine washing or hand washing with

See more

Style

$27.99

$9.58 delivery April 7 - 16. Details

Or fastest delivery March 31 - April 2. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | Gogio |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

3/26/26, 10:17 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 7, 2026 - Apr 16, 2026**



dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket

$27.99

Ships from Gogio

Sold by Gogio

1

Gift options not available

Tuesday, Apr 7 - Thursday, Apr 16
$9.58 - Delivery

Tuesday, Mar 31 - Thursday, Apr 2
$48.98 - Delivery

Place your order **Order total: $40.44**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & han
Estimated tax t
Order tot

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-2544790-2585851

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $27.99 |
| Shipping & Handling: | $9.58 |
| Total before tax: | $37.57 |
| Estimated tax to be collected: | $2.87 |
| **Grand Total:** | **$40.44** |

## Arriving May 19 - May 28



dsumvns Women's Boho Ethnic Floral Print Jacket Coat 2025 Trendy Fall Oversize Long Sleeve Cardigan with Pocket
Sold by: Gogio
Supplied by: Other
$27.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 005 SOLYHUX

26/03/2026, 19:17 SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple …

amazon Deliver to O-O Chicago 60604 | All | Search Amazon | EN | Hello, O-O Account & Lists | Returns & Orders | 0 Cart

All | Join Prime | Big Spring Sale | 3 Hour Delivery | Amazon Haul | Medical Care | Books | Buy Again | Audible | Pet Supplies | Beauty & Personal Care | Browsing History | Household, Health & Baby Care

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Pants › Casual



Visit the SOLY HUX Store

SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets

Search this page

$29.99

Price history

FREE Returns

Color: **Purple**

Size: **Small**

| Small | Medium | Large |
|---|---|---|
| $29.99 | $29.99 | $29.99 |

Size Chart

**Product details**

**Top highlights**

| | |
|---|---|
| **Fabric type** | 100% Polyester |
| **Care instructions** | Machine Wash |
| **Origin** | Imported |
| **Closure type** | Elastic Waist |

**About this item**

- Material: Made of soft and comfortable fabric that has no stretch
- Feature: Harem pants women, boho print pants, high waist, elastic waist, baggy pants, womens pants with pockets, loose fit
- Occasions: Suit for casual, vacation, beach, weekend, travel, shopping, outdoor activities and daily life
- Match: Go well with t shirts, crop tops, tank tops and so on
- Size recommendation: Please refer to the size information provided in the product description before

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$29.99

FREE delivery **Tuesday, March 31** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, March 27**. Order within 13 hrs 24 mins. Join Prime

Deliver to O-O - Chicago 60604

**Only 2 left in stock - order soon.**

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SOLYHUX |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

26/03/2026, 19:18 Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to O-O** Change

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Pickup available nearby

**Paying with Visa** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Why pay for delivery?

**O-O, we're giving you Prime free for 30 days**

Get eligible items Tomorrow, Mar. 27 with ~~$10.21~~ FREE One-Day Delivery

Try Prime free for 30 days

Cancel anytime.

**Arriving Mar 30, 2026**

If you order in the next 15 hours and 11 minutes



SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple Small

**$29.99**

& FREE Returns

Ships from Amazon.com

Sold by SOLYHUX

1

Add gift options

○ **Friday, Mar 27**
Fast, FREE Delivery
**FREE One-Day Delivery with your free trial of Prime**

◉ **Monday, Mar 30**
$6.99 - Delivery

○ **Tomorrow, Mar 27**
$10.21 - One Day Delivery

**Congratulations O-O, you are eligible for 30 days of Prime for $0!**

Get One-Day Delivery on your Prime eligible items with your free trial

Try Prime free

By placing … use.

Items:
Shipping …
Estimated …
**Order …**

# VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-2509773-6494663

**Ship to**

[redacted]
33 W JACKSON BLVD # 2W
CHICAGO, IL 60604-4092
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

## Delivered May 11



SOLY HUX Women's Boho Harem Pants Elastic Waist Baggy Pants Casual Vacation Beach Loose Trousers with Pockets Purple Small

Sold by: SOLYHUX

Return or replace items: Eligible through June 10, 2026

$29.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 006 MUMUXIAO

3/26/26, 10:00 AM Amazon.com: Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative ...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Big Spring Sale | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Prime members save up to 80% on meds | Learn more | amazon pharmacy

Arts, Crafts & Sewing › Fabric





Click to see full view

## Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)

Brand: MUXXIAO

Search this page

$8.99 ($0.84 / square feet)

Price history

Color:

Purple4

| | |
|---|---|
| Material | Cotton |
| Color | Purple4 |
| Fabric Type | Cotton |
| Item Form | 1 |
| Brand | MUXXIAO |

### About this item

- Note: 1Piece Size: 20"x43.3"/50x110cm. If you purchase multiple pieces of fabric of the same color, we will not cut the fabric. You will receive a continuous product and will need to cut it yourself. Please allow for measurement errors within a small range
- Premium Material: Made of high quality cotton fabric, softer and more comfortable. Higher Density, Prints Fabric, Soft and Comfortable, Breathable, with Bright and Beautiful Color
- Craft Your Own Accessories: Stock up on your DIY craft supplies with our collection of beautiful fabrics! Each piece of stylish fabric can be used as knitting, quilting, or sewing material for any and every accessory or apparel you want to craft for yourself or your loved ones
- Easy Care: Whether it's a tablecloth, curtains, or costume, this fabric can be machine-washed at 30 degrees without fear of shrinking or fading. Tumble dry on low heat if you need to quickly get it dry again

$8.99 ($0.84 / square feet)

$2.30 delivery April 7 - 16. Details

Deliver to oO - Chicago 60604

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Shipper / Seller | MUMUXIAO |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

3/26/26, 10:01 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** [redacted] Change

Use a gift card, voucher, or promo code

**Want to save time on your next order and go directly to this step when checking out?**

Default to this delivery address and payment method.

Special Offer

[redacted] we're giving you Prime free for 30 days

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 7, 2026 - Apr 16, 2026**



Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)

**$8.99 ($0.84 / square feet)**

Ships from MUMUXIAO

Sold by MUMUXIAO

1

Gift options not available

Tuesday, Apr 7 - Thursday, Apr 16

$2.30 - Delivery

Place your order **Order total: $12.21**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:

Shipping & han

Estimated tax t

Order tot

# VA 2-429-535



# Order Summary

Order placed May 8, 2026 | Order # 114-0583922-0589828

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $2.30 |
| Total before tax: | $11.29 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$12.21** |

## Arriving May 19 - May 28



Boho Cotton Fabric by The Yard,Vintage Geometric Floral Upholstery Material 43" Wide Rustic Western Decorative Fabric for Quilting Sewing Clothing DIY (Purple4)

Sold by: MUMUXIAO

Supplied by: Other

$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 007 Kexijinbei

5/8/26, 12:11 PM NFPNAKC Solid Color Sleeveless Backless Shirt Women Ruffle Tunic Off The Shoulder Tube Tops Flowy Holiday Casual Basic Blo…

amazon Deliver to O.O Sewickley 15143 | All | Search Amazon | EN | Hello, O.O Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Health AI | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Customer Service | Audible | Buy Again | Pet Supplies | Beauty & Personal Care | Browsing History | Handmade | LIVE NOW

Amazon Fashion | Women | Men | Kids | Luggage | Sales & Deals | New Arrivals | Amazon Brands | Amazon Luxury

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › T-Shirts



Brand: NFPNAKC

Patchwork Print Tube Tops Women Elastic Trim Strapless Vintage Blouse Multicolour Off The Shoulder Tee

4.0 (390) | Search this page

-5% $17.99

Typical price: $18.99

FREE Returns

Save 10% on 2 select item(s) Terms

Color: Multicolour11

$17.99 $17.99 $17.99 $17.99 $17.99

$17.99 $17.99 $17.99 $17.99 $17.99

1 2 3 4

Size: Small

Small | Medium | Large | X-Large | XX-Large

Size Chart

Ask Rufus

Is it machine washable? | Can this be worn for outdoor activities? | Does it have a loose fit? | Why you might like this | Compare with similar | Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$17.99 Price history

FREE delivery Wednesday, May 13 to Sewickley 15143 on orders shipped by Amazon over $35

Or fastest delivery Monday, May 11

Arrives after Mother's Day. Need a gift sooner? Send an Amazon Gift Card today by email or text message.

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Kexijinbei |
| Returns | FREE 30-day refund/replacement |
| Packaging | Ships in product packaging |

See more

Add to Auto Buy

Add to List

Product details

Top highlights

| | |
|---|---|
| Fabric type | Cotton Blend |
| Care instructions | Machine wash, hand wash, do not bleach |
| Closure type | Pull On |
| Neck style | Cowl Neck |

About this item

- Fabric: This Womens Summer Sleeveless Tops Are Made Of High Quality Soft Fabrics, Friendly Soft Touch, Super Breathable, Easy Care.
- Features: Vintage Elastic Trim Strapless Tube Summer Top, Patchwork Print Blouse, Tube Top, Sleeveless Tops, Off The Shoulder Shirt, Loose Fit Sleeveless Shirts. It Is The Best Single Product Indispensable For Your Wardrobes.
- Match: Great For Matches With Pants, Shorts, Short Skirts, Heels Or Pair With Skinny Jeans And Boots

5/8/26, 12:13 PM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to** [redacted]

111 W JACKSON BLVD, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Pickup available nearby

Change

**Paying with Visa** [redacted]

Use a gift card, voucher, or promo code

Change

Want to save time on your next order and go directly to this step when checking out?

☐ Default to this delivery address and payment method.

Why pay for delivery?

O.O, we're giving you Prime free for 30 days

Get your Prime eligible items Monday, May 11 for FREE

Try Prime free for 30 days

Cancel anytime.

**Arriving May 11, 2026**

If you order in the next 46 minutes



Patchwork Print Tube Tops Women Elastic Trim Strapless Vintage Blouse Multicolour Off The Shoulder Tee

$17.99

& FREE Returns

Ships from Amazon.com

Sold by Kexijinbei

Size: Small

Color: Multicolour11

1

Add gift options

○ Monday, May 11

Prime Delivery with your free trial of Prime

Faster, FREE delivery

● Monday, May 11

$6.99 - Delivery

Congratulations O.O, you are eligible for 30 days of Prime for $0!

Get Prime Delivery on your Prime eligible items with your free trial

Try Prime free

By placing … use.

Items:

Shipping …

Estimated …

Order …

**VA 2-429-535**



# Order Summary

Order placed May 8, 2026 | Order # 114-7054766-0333054

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $17.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $17.99 |
| Estimated tax to be collected: | $1.84 |
| **Grand Total:** | **$19.83** |

## Arriving Monday



NFPNAKC Solid Color Sleeveless Backless Shirt Women Ruffle Tunic Off The Shoulder Tube Tops Flowy Holiday Casual Basic Blouse (Small,Multicolour11

Sold by: Kexijinbei

Supplied by: Other

$17.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 008 trendynewlook.com

3/26/26, 3:04 PM    Casual Print Patchwork U Neck T-Shirts(3 Colors)

Free Shipping For Orders Over $79 Shop now

Trendy New Look   Home   Sale   Occasions   Dresses   More links   English   USD





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy 2 items and save 10% off
Buy 3 items and save 12% off
Buy 5 items and save 15% off

Color: Green

Green   Khaki   Yellow

Size: S   Size Guide

S   M   L
XL   2XL   3XL
4XL

Quantity

− 1 +

Add to cart - $30.99

Buy now

Share the love

Free worldwide shipping over$79

## trendynewlook

Information > Shipping > Payment

Con [redacted]   New   Change

Ship to   111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method   Standard Shipping   Change

### Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

G Pay Google Pay   G Pay

G Pay Google Pay   G Pay

Casual Print Patchwork U Neck T-Shirts(3 Colors)   $30.99
Color: Green
Size: S

Gift Card / Coupon Code   Apply

Subtotal

Shipping

Total:

**VA 2-429-535**



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5EK33394565319243

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2009355197773173473816

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

# 009 ootdstyle.com

3/26/26, 3:15 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ONORDERS OVER $79

Ootdstyle

English USD

Home NEW ARRIVALS DRESSES BEST SELLERS CLOTHING DENIM SHOES ACCES&JEWELRY





Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color: Green

Green Khaki Yellow

Size: S

Size Guide

S M L XL 2XL 3XL 4XL

Quantity

– 1 +

Add to cart - $30.99

Buy now

Description

## ootdstyle

Information > Shipping > Payment

Conta[redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

### Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

G Pay Google Pay G Pay

G Pay Google Pay G Pay



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99

Color: Green

Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**Strolling Fashion Trading Limited**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7H316101GF7987408

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2283986197773801798588

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

010 dressupx.com

3/26/26, 3:31 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

Global delivery and free shipping for orders over 79! Shop now

HOME NEW ARRIVALS HOT MORE LINKS English USD

Home / Casual Print Patchwork U Neck T-Shirts(3 Colors)





Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color: Green

Green Khaki Yellow

Size: S Size Guide

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart - $30.99

Buy now

Share the love

Free worldwide shipping for order $79

Sustainably made

dressupx

Information > Shipping > Payment

Con [redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Payment method

All transactions are secure and encrypted.

G Pay Google Pay G Pay

Credit Card VISA +2

PayPal Pay by credit card or debit card through PayPal



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**广州佳诚科技发展有限公司**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6WK60542VB471122T

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1907041198029807910268

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

011 up83.com

3/26/26, 3:47 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING OVER $49

UP83 BOUTIQUE

Exclusive New Arrival Dresses Tops Swimwears More links





Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy $1.00 more and save 10% off

Color: Green

Green Khaki Yellow

Size: S

S M L XL 2XL 3XL 4XL

Quantity

− 1 +

Add to cart - $30.99

Buy now

Share the love

Free worldwide shipping

Free returns

Sustainably made

Up83 Boutique

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact

Already have an account? Login

Email
[redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589



Casual Print Patchwork U Neck T-Shirts(3 Colors) $27.89 ~~$30.99~~
Color: Green
Size: S
Threshold Promo (-$3.10)

Gift Card / Coupon Code Apply

Subtotal $30.99

Threshold Promo - $3.10

Shipping

Total:

VA 2-429-535



**上海八英里电子商务有限公司**
30 March 2026 . Payment

**−$30.88 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*BAYINGLIDIAE2TL" on your
card statement.

$30.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0GX213440W065381X

**Seller info**

上海八英里电子商务有限公司
+86 13964047785
**support@lilymix.shop**

**Invoice ID**

313068-00006931

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: 4292-1-S | $30.99 USD |
| TransactionDiscount | **- $3.10 USD** |
| Shipping | **$2.99 USD** |
| **Total** | **$30.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

012 ootdress.com

3/26/26, 3:09 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ON ORDERS OVER $79

USD English

OOTDRESS
START YOUR FASHION JOURNEY HERE

HOME NEW IN BEST SELLER DRESSES CLOTHES ACCS&JEWELRY

Home / Casual Print Patchwork U Neck T-Shirts(3 Colors)





**Casual Print Patchwork U Neck T-Shirts(3 Colors)**

$30.99 USD

COLOR

Green Khaki Yellow

SIZE Size Chart

S M L XL 2XL 3XL 4XL

QUANTITY

− 1 +

ADD TO CART

PayPal

Pay Later

More payment options

**Frequently bought together:**



## Ootdress

Information > Shipping > Payment

Con [redacted] Update

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States Update

Methods Standard Shipping(7-12 Business Days) · **$7.99** Update

Add a tip

Show your support for the team at Ootdress

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.55 | $3.10 | $4.65 | |

Custom tip Update tip

Thank you, we appreciate it



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Green / S

Coupon code Apply

Subtotal $30.99

Shipping $7.99

Total

VA 2-429-535



**广州佳诚科技发展有限公司** **−$38.98 USD**
27 March 2026 . Payment

**Paid with**

Wise Card $38.98 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8D990859UF117603B

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407453203083289476732
-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

# 013 migunica.com

3/26/26, 3:20 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING ON ORDERS OVER $79

USD English

Migunica

HOME NEW IN BEST SELLER DRESSES CLOTHES ACCS&JEWELRY SHOES

Home / Casual Print Patchwork U Neck T-Shirts(3 Colors)





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99 USD

COLOR

Green Khaki Yellow

SIZE

Size Chart

S M L XL 2XL 3XL 4XL

QUANTITY

− 1 +

ADD TO CART

BUY NOW

Details:

- Material: Polyester
- Style: Casual
- Pattern Type: Print
- Element: Patchwork
- Neckline: U Neck
- Elastic: Small Elastic
- Sleeve Style: Bat-wing Sleeve
- Sleeve Length: Half Sleeve
- Fit Type: Straight

## Migunica

Information > Shipping > Payment

| | | |
|---|---|---|
| Con[redacted] | | Update |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States | Update |
| Methods | Standard Shipping(7-12 Business Days) · $7.99 | Update |

### Add a tip

Show your support for the team at Migunica

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.55 | $3.10 | $4.65 | |

Custom tip Update tip

Thank you, we appreciate it



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Green / S

Coupon code Apply

Subtotal $30.99
Shipping $7.99
Total

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

---

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1RR29851J7558173W

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

2407453208654700912538
-001

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

# 014 modgodd.com

3/26/26, 2:59 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

FREE SHIPPING OVER $79

Search...

Modgodd

English USD ACCOUNT CART

HOME NEW ARRIVALS HOT SALE DRESSES TOPS BOTTOMS ACCESSORIES SWIMWEAR SHIPPING&RETURN MORE LINKS





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Color-Green

Size-S Size Guide

S M L XL 2XL 3XL 4XL

Quantity

1

Free worldwide shipping over $79

Sustainably made

Secure payments

Add to cart - $30.99

Buy it now

Share Tweet Pin it

## Modgodd

Information > Shipping > Payment

Con[redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Payment method

All transactions are secure and encrypted.

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

| | |
|---|---|
| Subtotal | $30.99 |
| Shipping | + $7.99 |
| Total: | |

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $38.98 USD
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

17R02568S89523645

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

14014441977729277662 96

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

# 015 bohemianplus.com

3/26/26, 3:25 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

✈✈ FREE SHIPPING FOR ORDER OVER $69

Bohemian

English USD

HOME NEW ARRIVALS DRESSES TOPS BOTTOMS TWO PIECES JUMPSUITS&ROMPERS ACCS&SHOES MORE LINKS





## Casual Print Patchwork U Neck T-Shirts(3 Colors)

$30.99

Buy 2 items and save 8% off
Buy 3 items and save 12% off
Buy 5 items and save 15% off

Free shipping

COLOR - GREEN

SIZE

S M L XL 2XL 3XL 4XL

QUANTITY

– 1 +

ADD TO CART - $30.99

BUY IT NOW

Bohemian

Your items are reserved for 03 : 31.8
Complete your order as soon as possible

Information > Shipping > Payment

[redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

### Add tip

| 5% $1.55 | 10% $3.10 | 15% $4.65 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

G Pay Google Pay

Credit Card VISA +2

PayPal Pay by credit card or debit card through PayPal

You will be redirected to PayPal or credit/debit card to complete your purchase securely.



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal $30.99

Shipping +$7.99

Total:

VA 2-429-535



**广州佳诚科技发展有限公司**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*JIACHENGKEJF5TG" on
your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8KU8748109268501M

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

1429734-BOPDWP91483

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

016 mooncaci.com

3/26/26, 3:36 PM Casual Print Patchwork U Neck T-Shirts(3 Colors)

Enjoy Free Shipping Over $79 or More! Shop now

Search... Mooncaci ACCOUNT CART

HOME NEW ARRIVALS OCCASIONS TRENDING BEST SELLER DRESSES BOTTOMS TOPS OUTWEAR





Casual Print Patchwork U Neck T-Shirts(3 Colors)

Color - Green

Green Khaki Yellow

Size

S M L XL 2XL 3XL 4XL

Price

$30.99

Quantity

− 1 +

Add to cart - $30.99

mooncaci

Information > Shipping > Payment

Cont[redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Shipping Change

Payment method

All transactions are secure and encrypted.

G Pay Google Pay G Pay

PayPal Pay by credit card or debit card through PayPal



Casual Print Patchwork U Neck T-Shirts(3 Colors) $30.99
Color: Green
Size: S

Gift Card / Coupon Code Apply

Subtotal

Shipping

Total:

VA 2-429-535



**Strolling Fashion Trading Limited**
30 March 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

$38.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Received your order?**

You can confirm the receipt of this order 48 hours after your payment.

**Transaction ID**

06J062907D752383W

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2387001-MONOVB29450

**Order summary**

| | |
|---|---|
| Casual Print Patchwork U Neck T-Shirts(3 Colors) / Green-S<br>Product ID: BN4292-1-S | $30.99 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

017 17wholesale.com

3/27/26, 4:12 AM Wholesale Ethnic Patch Geometric Graphic T Shirt- 17Wholesale Fashion Clothing Wholesale Suppliers, Wholesale Price & No MO…




3/27/26, 4:15 AM Checkout - www.17wholesale.com




VA 2-429-535



**VeniShe** **−$16.66 USD**

13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $16.66 USD

You'll see "PAYPAL *VENISHE VEND3SE" on your card statement.

**Ship to**

[redacted]

1111 W 35th St 15th Floor
15th floor
CHICAGO, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

82S21299XR4027019

**Seller info**

VeniShe
+86 18960410244
**payment@venishe.com**

**Invoice ID**

WA202604136439969176

**Order summary**

| | |
|---|---|
| WA1093 Product ID: WA1093-1-S | $6.05 USD |
| Shipping | **$9.85 USD** |
| Handling | **$0.76 USD** |
| **Total** | **$16.66 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 018 kimstowe.com

3/26/26, 2:42 PM Ethnic Patch Geometric Graphic T Shirt

Buy 6 get 12% Off
Buy 8 get 15% Off

HOME WOMEN MEN KIMSTOWE English USD





## Ethnic Patch Geometric Graphic T Shirt

$28.99

COLOR - FUCHSIA

SIZE

S M L XL 2XL 3XL

QUANTITY

− 1 +

ADD TO CART - $28.99

BUY IT NOW

24/7 customer support

Fast shipping

Premium materials

Secure payments

---

kimstowe

Your items are reserved for 03 : 55.2
Complete your order as soon as possible

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

[redacted]

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

Ethnic Patch Geometric Graphic T Shirt
Color: Fuchsia
Size: S
Promo discount (-$0.87)
$28.12
$28.99

Gift Card / Coupon Code Apply

| | |
|---|---|
| Subtotal | $28.99 |
| Promo discount | - $0.87 |
| Shipping | + $5.99 |
| Shipping Insurance | |
| Total: | |

VA 2-429-535



**深圳市天译电子商务有限公司**
27 March 2026 . Payment

**−$35.10 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $35.10 USD
You'll see "PAYPAL *TIANYIDIANZVJ7N" on your card statement.

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

816112809T5423849

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2257511-JFF00024544

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S<br>Product ID: XH-53598-CXY-Fuchsia-S | $28.99 USD |
| TransactionDiscount | **- $0.87 USD** |
| Shipping | **$5.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$35.10 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

019 mifulan.com

4/22/26, 1:39 PM Ethnic Patch Geometric Graphic T Shirt

Christmas Sales - Buy 2 Get 5% OFF, Buy 3 Get 8% OFF, Buy 5 Get 12% OFF

Search... Mifulan English USD ACCOUNT CART

HOME CHRISTMAS DEALS DRESS PANTS SWEATSHIRT JACKET OUTWEAR MAXI SKIRT ACCESSORIES SHOES & BOOTS MORE LINKS






Ethnic Patch Geometric Graphic T Shirt

$23.99

Buy 2 items and save 5% off
Buy 3 items and save 8% off
Buy 5 items and save 12% off

Color-Fuchsia

Size

S

Quantity

1

Sustainably made

Worldwide shipping

Secure payments

Add to cart - $23.99

Buy it now

Share Pin it

Description

You may also like



4/22/26, 1:41 PM Mifulan

Mifulan

Information > Payment

Express checkout

OR

Contact Already have an account? Login

Email [redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name
Oo

Last Name
Ooo

Street address & house number
111 W JACKSON BLVD

Apartment, suite, building floor...

City/Town
CHICAGO

State
Illinois

ZIP code
60604-3589

[redacted]

Save this information for next time.

Shipping method

Express Shipping ($6.00)

Ethnic Patch Geometric Graphic T Shirt $23.99
Color: Fuchsia
Size: S

Subtotal $23.99

Shipping + $6.00

Total: USD $29.99

Insured Worldwide Shippin... real-time tracking details and ... unlikely event that a package ... transit.

Money Back Guarantee: If ... or becomes defective within 1... we will gladly issue out a repla...

Safe & Secure Checkouts: ... Secure encryption to keep you... information 100% protected.

EASY RETURNS

VA 2-429-535



← Back

**深圳市蒲公英信息科技有限公司**
22 April 2026 . Payment

**−$29.99 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted]  $29.99 USD

You'll see "PAYPAL *PUGONGYINGXCR4L" on your card statement.

**Seller info**

深圳市蒲公英信息科技有限公司
+86 18676369146
service@dandelionsnet.com

**Invoice ID**

165201320003711813449

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Order summary**

Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S Product ID: XH-53598-CXY-Fuchsia-S  $23.99 USD

Shipping **$6.00 USD**

**Total** **$29.99 USD**

**Shipment details**

Click here to see shipment details

**Transaction ID**

5VL945275V3770325

Print details

# 020 newevers.com

3/27/26, 3:43 AM Newevers

Free shipping over $59+/10% off code:NEE10

Search... Newevers English USD ACCOUNT CART

HOME NEW IN BOHO VIBES COTTON & LINEN SWEATERS & CARDIGANS CUTE CAT WESTERN STYLE MORE LINKS





Ethnic Patch Geometric Graphic T Shirt

Color-Fuchsia

Size-S

S M L XL 2XL 3XL

$28.99

10% OFF
Extra
GET

15% OFF 2nd item
30% OFF 3rd item
50% OFF 4th item

Spend $60.00 to get 1 free gift(s)

Quantity

1

Free shipping on international order of $59.00+

Easy return and exchange

Eco-friendly & Sustainability

Secure payments

Add to cart - $28.99

Buy it now

Secure Payments By PayPal

3/27/26, 3:46 AM Newevers

Newevers

Express checkout

OR

Contact Already have an account? Login

Email
[redacted]

Email me with news and offers

## Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name
Oo

Last Name
Ooo

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589

[redacted]

Save this information for next time.

## Shipping method

Standard Shipping $9.99



Ethnic Patch Geometric Graphic T Shirt
Color: Fuchsia
Size: S
$28.99

Gift Card / Coupon Code Apply

Subtotal $28.99

Shipping

Total:

VA 2-429-535



**JingHao**
13 April 2026 . Payment

**−$38.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $38.98 USD

You'll see "PAYPAL *JINGHAO JINQBSN" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8BK97208K1282330W

**Seller info**

JingHao
**paypal@loveciss.com**

**Invoice ID**

640596-NEE00129699

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Fuchsia-S Product ID: XH-53598-CXY-Fuchsia-S | $28.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$38.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 021 wearshes.com

3/27/26, 3:51 AM — Ethnic Patch Geometric Graphic T Shirt 25.99

06 Day 20 : 58 : 54 10% Off First Order For New Users CODE: FODC10

Free shipping for orders over $79.00

WEARSHES | cotton | Search | English | USD

Home | Best Seller | Women Clothing | Animals | Bohemian | Japanese Art | Linen Style | Icelandic Sweater | Festival | Art Styles | More links

Home / Ethnic Patch Geometric Graphic T Shirt





## Ethnic Patch Geometric Graphic T Shirt

$25.99

10% off | she10

Buy$59.00get$3.00
Buy$79.00get$12.00
Buy$99.00get$25.00

Spend $79.00 to get 1 free gift(s)
Spend$89.00 to get 2 free gift(s)

Color: Fuchsia

Yellow | Fuchsia

Size: S

S | M | L | XL | 2XL | 3XL

Quantity

1

Add to cart - $25.99

Buy now

Free shipping on international order of $79.00+

30-Day Free Returns & Exchanges

3/27/26, 4:10 AM — wearshes

WEARSHES

Express checkout

OR

Contact — Already have an account? Login

Email [redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region: United States

First Name: Oo | Last Name: Ooo

Street address & house number: 111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town: Chicago

State: Illinois | ZIP code: 60604-3589

[redacted]

Save this information for next time.

### Shipping method

Standard Shipping $9.99

Ethnic Patch Geometric Graphic T Shirt — $25.99
Color: Fuchsia
Size: S

Gift Card / Coupon Code | Apply

Subtotal $25.99

Shipping

Total:

VA 2-429-535



**Spiregood**
13 April 2026 . Payment

**−$35.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $35.98 USD
You'll see "PAYPAL *SPIREGOOD SBQ4Y" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1VF14935660336944

**Seller info**

Spiregood
+86 19927743312
**paypal@spiregood.com**

**Invoice ID**

780305-she00479529

**Order summary**

| | |
|---|---|
| Ethnic Patch Geometric Graphic T Shirt / Yellow-S Product ID: XH-53598-CXY-Yellow-S | $25.99 USD |
| Shipping | **$9.99 USD** |
| **Total** | **$35.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 022 baeswimsuit.com

3/26/26, 2:54 PM Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt

FREE STANDARD SHIPPING $59+

Search products | Baeswimsuit | English | USD

New Arrivals | Hot | Dresses | Clothing | Jewelry | Accessories | Shoes | Find Your Orders





## Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt

$24.99 ~~$29.99~~ -17%

COUPON 15% off 12% off

Color: Green

Size: Green

S | M | L | XL | 2XL | 3XL | 4XL

Quantity

− 1 +

Add to cart - $24.99

Buy now

Sku : TSH2205122431GRES

Baeswimsuit

Information > Shipping > Payment

| | | |
|---|---|---|
| Conta[redacted] | | New Change |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States | |
| Method | Standard Shipping | Change |

Payment method

All transactions are secure and encrypted.

- WeChat Pay
- Alipay
- G Pay Google Pay
- Credit Card VISA +2



Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt $24.99
Color: Green
Size: S

| | |
|---|---|
| Subtotal | $24.99 |
| Shipping | + $6.99 |
| Total: | |

VA 2-429-535



**广州佳诚科技发展有限公司**
27 March 2026 . Payment

**−$31.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *JIACHENGKEJF5TG" on your card statement.

$31.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4YP32127V0938944L

**Seller info**

广州佳诚科技发展有限公司
386-243-7647
**fengting0324@gmail.com**

**Invoice ID**

657267-BAENJH37375

**Order summary**

| | |
|---|---|
| Women's T-Shirts Loose V-Neck Printed Short Sleeve T-Shirt / Green-S<br>Product ID: TSH2205122431GRES | $24.99 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$31.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

## 023 homewode.com

3/26/26, 2:48 PM Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

March Deals: 15% Off with code SALE15

**Homewode** New In From 7.99 Women Men More English USD

Home / Women's Pants / Women's Elastic Waist Printed Leggings Bootcut Printed Leggings





### Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99

5% OFF
Extra
GET

10% OFF 2nd item
20% OFF 3rd item

Color: 001

001 002 003
004 005 006
007

---

### Homewode

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

Email
[redacted]

Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

Phone (optional)
[redacted]

Save this information for next time.



Women's Elastic Waist Printed Leggings Bootcut Printed Leggings $25.99
Color: 001
Size: S

Gift Card / Coupon Code Apply

Subtotal $25.99

Shipping + $4.99

Sales Tax

Total:

**VA 2-429-535**



**Moore Stanley LLC.**
27 March 2026 . Payment

**−$33.84 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $33.84 USD
You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4L4645066M2824311

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

316529-HW00128622

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **23 September 2026**. You may be **eligible for purchase protection**

# 024 jrsee.com

Captured by FireShot Pro [27-03-2026, 04:24:21 AM]

https://www.jrsee.com/collections/leggings-tights/products/womens-elastic-waist-printed-leggings-bootcut-printed-leggings?spm=..collection_56aa84a7-cee3-4748-b18a-f2fdd8a10c60.collection_detail_1.8

Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

JRSEE

English USD

New Arrivals Top Search Women Men Our Story Contact Us





Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99

5% OFF Extra GET

Color: 001

001 002 003 004 005 006 007

Size

S M L XL XXL XXXL

Quantity

− 1 +

Add to cart - $25.99

Buy now

PayPal

SKU: 20251112-002-001-S

Estimated Delivery: Apr 01 - Apr 08

Description

Thickness: Medium
Fabric Name: Polyester
Color: Image Color 1, Image Color 2, Image Color 3, Image Color 4, Image Color 5, Image Color 6, Image Color 7
Product Category: Jumpsuit

3/27/26, 4:28 AM JRSEE

JRSEE

Express checkout

PayPal

OR

Contact Already have an account? Login

Email [redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region United States

First Name (optional) Oo

Last Name Ooo

Street address & house number 111 W JACKSON BLVD

Apartment, suite, building floor... (optional)

City/Town CHICAGO

State Illinois

ZIP code (optional) 60604-3589

Phone (optional) [redacted]

Save this information for next time.

Shipping method

Fast Standard Shipping Service ($4.99)
FREE SHIPPING on orders US$89

Women's Elastic Waist Printed Leggings Bootcut Printed Leggings $25.99
Color: 001
Size: S

Gift Card / Coupon Code Apply

Subtotal $25.99

Shipping

Sales Tax

Total:

VA 2-429-535



**Moore Stanley LLC.** **−$33.84 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $33.84 USD
You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5MG4683245827732A

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

49353-JR00063026

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

025 raixy.com

Captured by FireShot Pro [27-03-2026, 04:30:18 AM]

https://www.raixy.com/collections/leggings-tights/products/womens-elastic-waist-printed-leggings-bootcut-printed-leggings?spm=..collection_3f43697b-78ba-4a5a-995e-a1bb32df5808.collection_detail_1.30

Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

RAIXY

English USD

New Arrivals Flash Sale Top Search Women Men Contact Us





Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99

5% OFF Extra GET

10% OFF 2nd item
20% OFF 3rd item

Color: 001

001 002 003 004 005 006 007

Size

S M L XL XXL XXXL

Quantity

– 1 +

Add to cart - $25.99

Buy now

PayPal

SKU: 20251112-002-001-S

Estimated Delivery: Apr 01 - Apr 08

Description

3/27/26, 4:33 AM

Raixy

Raixy

Express checkout

PayPal

OR

Contact

Already have an account? Login

Email
[redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
Oo

Last Name
Ooo

Street address & house number
111 W JACKSON BLVD

Apartment, suite, building floor... (optional)

City/Town
CHICAGO

State
Illinois

ZIP code (optional)
60604-3589

Phone (optional)
[redacted]

Save this information for next time.

Shipping method

Registered Air Mail Shipping ($4.99)
Delivery time: 10~15 working days

Women's Elastic Waist Printed Leggings Bootcut Printed Leggings $25.99
Color: 001
Size: S

Gift Card / Coupon Code Apply

Subtotal $25.99

Shipping

Sales Tax

Total:

VA 2-429-535



**Moore Stanley LLC.**
13 April 2026 . Payment

**−$33.84 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] — $33.84 USD

You'll see "PAYPAL *MOORESTANLE5FG2" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

2XC80094K6588331B

**Seller info**

Moore Stanley LLC.
+86 518000
**paypal@service2014.com**

**Invoice ID**

244449-RX00027983

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings / 001-S Product ID: 20251112-B02-001-S | $25.99 USD |
| Shipping | **$4.99 USD** |
| Tax | **$2.86 USD** |
| **Total** | **$33.84 USD** |

**Need help?**

026 wonerso.com

3/27/26, 4:17 AM Women's Elastic Waist Printed Leggings Bootcut Printed Leggings – wonerso

≡ WONERSO Enter here and click se





Women's Elastic Waist Printed Leggings Bootcut Printed Leggings

$25.99 USD

Limited Sale 17 hrs 27 mins 34.6 secs

Color

001 002 003 004 005 006 007

Size

S M L XL XXL XXXL

Quantity - 1 +

Add to cart

PayPal

More payment options




3/27/26, 4:19 AM wonerso.com/1760171616616/checkouts/c2c4a7e5c9b3a063b5d57179d0b79992?buyScence=cart

wonerso

Express Checkout

PayPal

OR

Contact

Already have an account? Log in

[redacted]

Receive exclusive offers and marketing updates

Delivery

Country/region
United States

First name
Oo

Last name
Ooo

Address
111 W JACKSON BLVD

+ Add apartment, suite, etc.

City
CHICAGO

State
Illinois

ZIP code
60604-3589

Phone
[redacted]

Shipping method

| | |
|---|---|
| Standard Shipping (Free Shipping on order over $79) | $5.99 |
| Premium Shipping (Faster and more reliable delivery times) | $19.99 |
| Express Shipping (Priority order processing \| Direct flights) | $29.99 |



Women's Elastic Waist Printed Leggings Bootcut Printed Leggings
001 / S
$25.99

Coupon code Apply

Subtotal

Shipping

Total

VA 2-429-535



**Ouyuan Co., Ltd.**
13 April 2026 . Payment

**−$31.98 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $31.98 USD
You'll see "PAYPAL *OUYUANCOLTD75Z6" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1WT64324XF5229420

**Seller info**

Ouyuan Co., Ltd.
**ackbarnet@outlook.com**

**Invoice ID**

2407452913006315357179-001

**Order summary**

| | |
|---|---|
| Women's Elastic Waist Printed Leggings Bootcut Printed Leggings | $25.99 USD |
| Shipping | **$5.99 USD** |
| **Total** | **$31.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 027 pilicat.com

3/26/26, 3:41 PM Women's Retro Water Drop Art Print Casual Wide Leg Pants

Free Shipping on Orders Over $79.99

Search products PILICAT USD

NEW ARRIVALS WOMEN'S CLOTHING MEN'S CLOTHING PRINTING THEMES



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$38.98

20 people are viewing this right now

Color: Multicolor

Multicolor

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart - $38.98

Buy now

PayPal Pay Later

Shipping

Estimated Delivery: Apr 07 - Apr 15

Security and Service

Payment Security Privacy Protection

PILICAT

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact Already have an account? Login

Email

[redacted]

Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants<br>Color: Multicolor<br>Size: S | $38.98 |
| Gift Card / Coupon Code | Apply |
| Subtotal | $38.98 |
| Shipping | + $9.00 |
| Sales Tax | |
| Total: | |

**VA 2-429-535**



**深圳市蓝凯瑞技术开发有限公司**
30 March 2026 . Payment

**−$51.88 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] You'll see "PAYPAL *LANKAIRUIJILND6" on your card statement. $51.88 USD

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

41504895GF653172W

**Seller info**

深圳市蓝凯瑞技术开发有限公司
415-702-8790
**fenvoshop@gmail.com**

**Invoice ID**

1950935-PC00014043

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: YK3654-Multicolor-S | $38.98 USD |
| Shipping | **$9.00 USD** |
| Tax | **$3.90 USD** |
| **Total** | **$51.88 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

028 tomilow.com

3/27/26, 10:06 AM Women's Retro Water Drop Art Print Casual Wide Leg Pants

Tomilow

Home More links English USD



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$61.98

Buy 2 items and save 5% off
Buy 3 items and save 8% off
Buy 5 items and save 10% off

Color: Multicolor

Multicolor

Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart - $61.98

Buy now

Sku : -Multicolor-S-A00182856

Description

Tomilow

Information > Shipping > Payment

Cont [redacted] New Change

Ship to 111 W Jackson Blvd, ., Chicago Illinois 60604-3589 United States

Method Free Shipping Change

Payment method

All transactions are secure and encrypted.

Credit & Debit Card VISA +2

G Pay Google Pay G Pay



Women's Retro Water Drop Art Print Casual Wide Leg Pants $61.98
Color: Multicolor
Size: S

Gift Card / Cou

Subtotal

Shipping

Total:

VA 2-429-535



**深圳市羽炫信息技术有限公司**
30 March 2026 . Payment

**−$68.97 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*YUXUANXINXIA6QA" on
your card statement.

$68.97 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

74K77760P0198370V

**Seller info**

深圳市羽炫信息技术有限公司
+86 18676363540
**service@dandelionsnet.com**

**Invoice ID**

1860247198032178698876

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: -Multicolor-S-A00182856 | $61.98 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$68.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

029 chunro.com

3/27/26, 10:00 AM Women's Retro Water Drop Art Print Casual Wide Leg Pants

CHUNRO

English USD

Home New in Maxi Dress Top



**Women's Retro Water Drop Art Print Casual Wide Leg Pants**

$38.98

Color: Multicolor



Size: S

S M L XL 2XL 3XL 4XL 5XL

Quantity

− 1 +

Add to cart - $38.98

Buy now

Sku : -Multicolor-S-A00182856

## Chunro

Information > Shipping > Payment

Cont[redacted] New Change

Ship to 111 W Jackson Blvd, Chicago Illinois 60604-3589 United States

Method Standard Tracking Shipping Change

### Add tip

| 5% $1.95 | 10% $3.90 | 15% $5.85 | Custom | None |
|---|---|---|---|---|

Thank you, we appreciate it

Payment method

All transactions are secure and encrypted.

Credit & Debit Card VISA +2



Women's Retro Water Drop Art Print Casual Wide Leg Pants $38.98
Color: Multicolor
Size: S

Subtotal $38.98

Shipping

Total:

VA 2-429-535



**深圳市羽炫信息技术有限公司**
30 March 2026 . Payment

**−$44.98 USD**

**Paid with**

Wise Card
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL
*YUXUANXINXIA6QA" on
your card statement.

$44.98 USD

**Ship to**

[redacted]
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5DN85409R40887001

**Seller info**

深圳市羽炫信息技术有限公司
+86 18676363540
**service@dandelionsnet.com**

**Invoice ID**

714607-BEK00021615

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S<br>Product ID: -Multicolor-S-A00182856 | $38.98 USD |
| Shipping | **$6.00 USD** |
| **Total** | **$44.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

# 030 simplystylishs.com

3/27/26, 4:51 AM

Women's Retro Water Drop Art Print Casual Wide Leg Pants

Free Shipping Order $69+

Search products

Home | New Arrivals | Men's Clothing | Dresses | Tops | Outwear | Bottoms | Jewelry & Accessories | More links



Women's Retro Water Drop Art Print Casual Wide Leg Pants

$35.86 ~~$55.99~~ -$20.13

5% OFF
Extra
GET

Buy $89.00 more and save 10% off
Buy $129.00 more and save 12% off
Buy $189.00 more and save 15% off

Color: S

Multicolor

Size: S

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

Quantity

− 1 +

Add to cart - $35.86

Buy now

Sku : YK3654-Multicolor-S

Description

Item:YK3654
Pattern Type:Printed
Season:Winter.Fall. Spring
Occasion:Daily.Casual
Style:Casual
Material:Polyester

**Package includes**
Pants*1
**Note**
Due to the difference between different monitors. the picture may not reflect the actual color of the item.

Shipping
Receiving time = Processing time + Shipping time

Return Policy
Our Guarantee
Return or exchange within 15 days from the delivered date.
Request:
1. Items received within 15 days from the delivered date.

3/27/26, 4:54 AM

simplystylishs

## simplystylishs

Information > Shipping > Payment

Express checkout

OR

Contact

Already have an account? Login

Email
[redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
Oo

Last Name
Ooo

Street address & house number
111 W JACKSON BLVD

Apartment, suite, building floor... (optional)

City/Town
CHICAGO

State
Illinois

ZIP code (optional)
60604-3589

[redacted]

Save this information for next time.

Continue to shipping

Women's Retro Water Drop Art Print Casual Wide Leg Pants
Color: Multicolor
Size: S
$35.86

Gift Card / Coupon Code
Apply

Subtotal $35.86

Shipping

Total:

VA 2-429-535



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$42.85 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $42.85 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4M146824VS4742618

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1745493-sp00000635

**Order summary**

| | |
|---|---|
| Women's Retro Water Drop Art Print Casual Wide Leg Pants / Multicolor-S Product ID: YK3654-Multicolor-S | $35.86 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$42.85 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

# 031 chiccharmy.com

3/27/26, 10:21 AM Casual Print Basic U Neck Regular Jumpsuits – Chiccharmy

BUY 2 Items GET10% OFF CODE: CC10; BUY 3 Items+ GET 12% OFF,CODE: CC12; BUY 5 Items+ GET15% OFF Code: CC15

USD English

Chiccharmy

NEW IN BEST SELLER DRESSES CLOTHES ACCES&JEWELRY

Home / Casual Print Basic U Neck Regular Jumpsuits





CASUAL PRINT BASIC U NECK REGULAR JUMPSUITS

$39.49 USD

Color

Red Green Yellow

Size

S M L XL 2XL

Quantity

- 1 +

Free worldwide shipping over $79

Returns&Exchange

Carbon neutral

Secure payments

Add to cart

PayPal

Pay Later

More payment options

Details:

Chiccharmy

Information > Shipping > Payment

| | | |
|---|---|---|
| Conta [redacted] | | Update |
| Ship to | 111 W Jackson Blvd, Chicago Illinois 60604-1210, United States | Update |
| Methods | Standard Shipping(7-12 Business Days) · $7.99 | Update |

## Add a tip

Show your support for the team at Chiccharmy

| 5% | 10% | 15% | None |
|---|---|---|---|
| $1.97 | $3.95 | $5.92 | |

Custom tip Update tip

Thank you, we appreciate it



Casual Print Basic U Neck Regular Jumpsuits
Red / S $39.49

Coupon code Apply

Subtotal $39.49

Shipping $7.99

Total

VA 2-429-535



**Strolling Fashion Trading Limited** **−$47.48 USD**
30 March 2026 . Payment

**Paid with**

Wise Card $47.48 USD
(VISA Prepaid Card x-[redacted]
You'll see "PAYPAL *STROLLINGFA STR" on your card statement.

**Ship to**

[redacted]
1111 W 35th St 15th floor
none
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Received your order?**

You can confirm the receipt of this order 48 hours after your payment.

**Transaction ID**

0MC91111BG6442023

**Seller info**

Strolling Fashion Trading Limited
+852 46174639
**payment@ootdnova.com**

**Invoice ID**

2407457522726028226766-001

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits | $39.49 USD |
| Shipping | **$7.99 USD** |
| **Total** | **$47.48 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

032 voeza.com

Voeza

USD

Dresses | Tops | Jumpsuit & Rompers | Two Pieces | Bottoms | Swimwears | Accessories

Casual Print Basic U Neck Regular Jumpsuits(3 Colors)



$39.49 USD

Color

Red | Green | Yellow

Size

S | M | L | XL | 2XL

Quantity

1

Add to wishlist

Add to cart

Pay with PayPal

More payment options

Voeza

Express checkout

PayPal | G Pay | venmo

OR

**Contact**

Sign in

Email

[redacted]

Email me with news and offers

**Delivery**

Country/Region
United States

First name
O

Last name
O

Address
111 W Jackson Blvd

Apartment, suite, etc. (optional)

City
Chicago

State
Illinois

ZIP code
60604



1

Casual Print Basic U Neck Regular Jumpsuits(3 Colors)
Red / S

$39.49

Discount code

Apply

Subtotal

Shipping

**Total**

VA 2-429-535



**KLS**
30 March 2026 . Payment

**−$39.49 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $39.49 USD
You'll see "PAYPAL *KLSFAKU" on your card statement.

**Ship to**

[redacted]
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

5FD7844354648161U

**Seller info**

KLS
+86 17092558233
**yf602637610@gmail.com**

**Invoice ID**

rSR0ObzpMsfXSegbZp1Wt
CD12

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits(3 Colors) - Red / S | $39.49 USD |
| **Total** | **$39.49 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **26 September 2026**. You may be **eligible for purchase protection**

# 033 kosakai.net

3/27/26, 5:05 AM Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits

de [KOSAKAI10] to Unlock The Pre-sale Exclusive Discount! Register & Save! 10% OFF First-time Register Free Shipping on orders over €60 Enter The Discount Code [KOSAKAI10] to Unlock The Pre-sale Exclusive Discount! Register & Save! 10% OFF First-time Register Free Shipping on orders over €60 Enter The Discount Code [

KOSAKAI



**Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits**

€39.49

10.00% OFF
No threshold
Claim

Color: Red

Red Green Yellow

Size: S

S M L XL 2XL

Quantity

- 1 + Add to cart

Buy it now

PayPal

Powered by PayPal

Pay

Product description Product reviews FAQs

Details:

- Material: Polyester
- Style: Casual
- Pattern Type: Print
- Element: Basic
- Neckline: U Neck
- Elastic: Yes(Elastic)
- Sleeve Style: Regular Sleeve
- Sleeve Length: Long Sleeve

3/27/26, 5:07 AM Checkout - KOSAKAI

KOSAKAI

Express Checkout

Pay

PayPal

Powered by PayPal

OR

**Shipping Address**

[redacted]

Used for sending order information

Country/Region
United States

First name
Oo

Last name
Ooo

Address
111 W JACKSON BLVD

Apartment, suite, etc. (Optional)

City
CHICAGO

Province
Illinois

ZIP Code
60604-3589

Phone
+1 3126756079

We will contact you by this phone if necessary

Also used as billing address

**Shipping & Delivery**

Free Shipping Over €60 €20.00

**Payment Method**

PayPal

Order Summary: €59.49 (1 items)



1

Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits

Red / S

€39.49

Coupon Code

Subtotal

Shipping

Total

# VA 2-429-535



**中山市庆徽灯饰有限公司**
13 April 2026 . Payment

[redacted]

**Paid with**

Wise Card [redacted]
(VISA Prepaid Card
x-[redacted]
You'll see "PAYPAL
*QINGHUIEYWW"
on your card
statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

92S58043W8867583L

**Seller info**

中山市庆徽灯饰有限公司
+86 13183632926
**support@galaxilighting.com**

**Invoice ID**

kosakaiE413589056083417

**Order summary**

Spring Casual Outfit Summer Outfit Ins Style Casual Print Basic U Neck Regular Jumpsuits Red / S Product ID: pid_2323254 [redacted]

Shipping [redacted]

**Total** [redacted]

## 034 cloudsjewelry.com

4/22/26, 1:44 PM Casual Print Basic U Neck Regular Jumpsuits

Buy 2 Get 5% Off
Buy 5 Get 12% Off
Buy 6 get 15%Off+free shipping
Buy 8 get 18%Off+free shipping

HOME SERIES CLOTHING MORE LINKS English USD





CASUAL PRINT BASIC U NECK REGULAR JUMPSUITS

24 people are viewing this right now

$39.49

Purchase 1 to get 1 free gift(s)

COLOR

Red Green Yellow

SIZE

S M L XL 2XL

QUANTITY

– 1 +

ADD TO CART - $39.49

BUY IT NOW

Only 26 item(s) left in stock!

You May Also Like



Vintage Earrings $22.98 Quick Shop
LAST DAY 49%OFF ... $26.99 $43.85 Quick Shop
Pendant Locket... $29.99 Quick Shop
Coffee Straw... $45.00 $67.00 Quick Shop
Cross Curved... $24.99 $39.99 Quick Shop

Fast Delivery
Easy Returns
Secure payments
Transparent Pricing

4/22/26, 1:48 PM cloudsjewelry

### cloudsjewelry

Your items are reserved for 03 : 33.4
Complete your order as soon as possible

Express checkout

PayPal

OR

Contact Already have an account? Login

Email [redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region: United States

First Name (optional): Oo

Last Name: Ooo

Street address & house number: 111 W JACKSON BLVD

Apartment, suite, building floor... (optional)

City/Town: CHICAGO

State: Illinois

ZIP code: 60604-3589

+1 312 675 6079

Save this information for next time.

### Shipping method

Standard Shipping $4.99
6-20 Business Days



Casual Print Basic U Neck Regular Jumpsuits $38.31 $39.49
Color: Green
Size: S
Amount off (-$1.18)

Gift Card / Coupon Code Apply

Subtotal $39.49

Amount off

Shipping

Shipping Insurance

Total:

**VA 2-429-535**



Back

**深圳优晨教育有限公司**
22 April 2026 . Payment

**−$44.29 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted]) $44.29 USD

You'll see "PAYPAL *YOUCHENXVYU" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

05N203234M1895732

**Seller info**

深圳优晨教育有限公司
+36 25369818
mereled@outlook.com

**Invoice ID**

2305981-JG00002017

**Order summary**

| | |
|---|---|
| Casual Print Basic U Neck Regular Jumpsuits / Red-S Product ID: FN7177-1-S | $39.49 USD |
| TransactionDiscoun | **- $1.18 USD** |
| Shipping | **$4.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$44.29 USD** |

# 035 chicif.com

3/27/26, 4:56 AM Vintage Ethnic Printed Half Sleeve Casual Loose Shirt

Free shipping UK & Free shipping US over $60

chicif

$ USD Svenska

Home Yoga Tops Dress Accessories Sweatshirts & Hoodies Coats & Jackets Best Selling Flash Sale All





Homepage / Vintage Ethnic Printed Half Sleeve Casual Loose Shirt

## Vintage Ethnic Printed Half Sleeve Casual Loose Shirt

★★★★★ 23 audit

Discount$11.61 USD $20.99 USD ~~$32.60 USD~~

7% off for all
Rabatt har tillämpats

Buy 2 get 10% off
Rabattkod: BF01
APPLICERA

16% reduktion 20% reduktion 2 rabattkod

Color: Green

Size

S M L XL 2XL 3XL 4XL 5XL

Chicif Size Chart

Quantity

− 1 +

ADD MAP

More payment options

Frequently bought together:





Vintage Ethnic Printed Half Sleeve Casual Loos...
Green/S
$20.99 USD

Color Blocking Dots Printed Round Neck Half...
Red/S
$23.99 USD

Totalet: $40.48 USD ~~$44.98 USD~~ Spara $4.50 USD

LÄGG TILL KARTA (2)

3/27/26, 5:00 AM chicif.com/1701072753890/checkouts/c2c4a7e5c9f4d073919580e595b2e4f6?buyScence=cart

chicif

Expressbetalning

PayPal

ELLER

Kontakt Har du redan ett konto? Logga in

[redacted]

☑ Få exklusiva erbjudanden och uppdateringar om beställningar

Leverera

Land
Amerika

Förnamn (Valfritt)
Oo

Efternamn
Ooo

Adress
111 W JACKSON BLVD

+ Lägenhetsnummer, byggnad etc.

Stad
CHICAGO

Delstat
Illinois

Postnummer
60604-3589

13126756079

Leveransläge

Standard $2.99

Expedited $9.99

Betalning



Vintage Ethnic Printed Half Sleeve Casual Loose Shirt
Green / S
$20.99

Kampanjkod Applicera

Totalt $20.99

Rabatt på beställningen

New Year Sale: 7% off for all -$1.47

Sjöfart

Totalet

Du har sparat

VA 2-429-535



**Shopping online**
13 April 2026 . Payment

**−$22.51 USD**

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $22.51 USD

You'll see "PAYPAL *SHOPPINGONL84 RJ" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4S7050012L134564Y

**Seller info**

Shopping online
**lovingstranger@sina.cn**

**Invoice ID**

2407452954307391958045-001

**Order summary**

| | |
|---|---|
| Vintage Ethnic Printed Half Sleeve Casual Loose Shirt | $20.99 USD |
| TransactionDiscoun | **- $1.47 USD** |
| Shipping | **$2.99 USD** |
| **Total** | **$22.51 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **10 October 2026**. You may be **eligible for purchase protection**

## 036 lanopal.com

3/27/26, 9:54 AM Women's Abstract Art Print Trousers

Free shipping for orders over $79.99

LANOPAL

English USD

Home | Women's Flower Tops | Linen V-neck Shirt | Men's Summer Suits | Japanese Dress | Animal Shirts



Women's Abstract Art Print Trousers

$29.99

Size: S

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

Quantity

− 1 +

98 people are viewing this right now

Add to cart - $29.99

Buy now

PayPal | Pay Later

Shipping

Buy $79.99 more to enjoy FREE Shipping

Security and Service

Payment Security | Privacy Protection

Efficient and Safe Logitics | Customer Service

LANOPAL

Information > Payment

Express checkout

PayPal

Pay Later

OR

Contact | Already have an account? Login

[redacted]

Email me with news and offers

**Shipping address**

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
O

Last Name
O

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code
60604-3589



Women's Abstract Art Print Trousers
Size: S
$29.99

Gift Card / Coupon Code | Apply

Subtotal $29.99

Shipping + $9.00

Sales Tax

Total:

**VA 2-429-535**



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$37.86 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $37.86 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

Click here to see shipment details

**Transaction ID**

6B9179347L172502V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
ebuytide@gmail.com

**Invoice ID**

1119623-fa00004935

**Order summary**

| | |
|---|---|
| Printed Long Sleeve Coat Jacket Cardigan Women's Top / Floral 1-M:Bust 39.37"/100cm Product ID: YP29165_F1_M | $30.87 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$37.86 USD** |

**Need help?**

037 fashionmartclub.com

3/27/26, 5:17 AM

Printed Long Sleeve Coat Jacket Cardigan Women's Top

Buy $89+ Save 10% off | Buy $149+ Save 15% off | Buy $199+ Save 20% off

Search products

Home New Arrivals Women's Dresses Women Tops Cotton & Linen Suit Women's Bottoms Women's Outerwears More links

Home / Printed Long Sleeve Coat Jacket Cardigan Women's Top





Printed Long Sleeve Coat Jacket Cardigan Women's Top

$30.87

5% OFF
Extra
GET

Buy $89.00 more and save 10% off
Buy $149.00 more and save 15% off
Buy $199.00 more and save 20% off

Color: Floral 1

Floral 1 Floral 2 Floral 3 Floral 4

Size: M:Bust 39.37"/100cm

M:Bust 39.37"/100cm L:Bust 41.34"/105cm XL:Bust 43.31"/110cm
2XL:Bust 45.28"/115cm 3XL:Bust 47.24"/120cm
4XL:Bust 49.21"/125cm 5XL:Bust 51.18"/130cm

Quantity

− 1 +

Free shipping $69+
First Order 5% Off at Checkout
Sustainably made
Secure payments

Add to cart · $30.87

Buy now

PayPal

Security and Service

Payment Security Privacy Protection
Efficient and Safe Logitics Customer Service

Sku: YP29165_F1_M

3/27/26, 5:19 AM

fashionmartclub

## fashionmartclub

Your items are reserved for 04 : 41.9
First Order 5% Off

Information > Shipping > Payment

Express checkout

PayPal

OR

Contact

Already have an account? Login

Email
[redacted]

Email me with news and offers

### Shipping address

Your address will only be used for order delivery.

Country/Region
United States

First Name (optional)
Oo

Last Name
Ooo

Street address & house number
111 W Jackson Blvd

Apartment, suite, building floor... (optional)

City/Town
Chicago

State
Illinois

ZIP code (optional)
60604-3589

+1 [redacted]

Save this information for next time.

Printed Long Sleeve Coat Jacket Cardigan Women's Top $30.87
Color: Floral 1
Size: M:Bust 39.37"/100cm

Gift Card / Coupon Code Apply

Subtotal $30.87

Shipping

Total:

VA 2-429-535



**Xi An Hui Xin Gong Chuang Co., Ltd.** **−$37.86 USD**
13 April 2026 . Payment

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $37.86 USD
You'll see "PAYPAL *HUIXINGONGCEQMA" on your card statement.

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6B9179347L172502V

**Seller info**

Xi An Hui Xin Gong Chuang Co., Ltd.
+86 13096951063
**ebuytide@gmail.com**

**Invoice ID**

1119623-fa00004935

**Order summary**

| | |
|---|---|
| Printed Long Sleeve Coat Jacket Cardigan Women's Top / Floral 1-M:Bust 39.37"/100cm<br>Product ID: YP29165_F1_M | $30.87 USD |
| Shipping | **$6.99 USD** |
| **Total** | **$37.86 USD** |

**Need help?**

# 038 amazitshop.com

3/27/26, 5:21 AM New Long T-shirt Dress Retro Ethnic Style – Amazitshop

Amazit SHOP NEW IN #Amazitshopss23 SALE #Amazitsathome CLOTHING DRESSES TOPS BEACHWEAR LINGERIE & LOUNGE ACTIVEWEAR SHOES & ACCESSORIES BEAUTY WOMEN CURVE+PLUS KIDS MEN PET ACCESSORIES HOME & KITCHEN

Home / CURVE TOPS- SHOP BY TRENDS / New Long T-shirt Dress Retro Ethnic Style





Availability: Many in stock

New Long T-shirt Dress Retro Ethnic Style

$20.00

Color: Color6

Color1 Color10 Color11 Color2 Color3 Color4 Color5 Color6 Color7 Color8 Color9

Size: 2XL

2XL 3XL 4XL 5XL 6XL L M S XL

Size guide Shipping Ask about this product

1 ADD TO CART

Buy with shop

ADD TO WISHLIST ADD TO COMPARE

Vendor: amazitshop

Product Type: Women

Tags: Summer

DESCRIPTION

Introducing our latest addition to our clothing line - the Long T-shirt Dress in Retro Ethnic Style. This dress is a unique combination of retro and ethnic styles that create a one-of-a-kind look that is both stylish and comfortable.

Made from high-quality materials, this dress is designed to last and is perfect for any occasion, whether it's a casual day out or a special event. Its long length and loose fit make

3/27/26, 5:26 AM Checkout - Amazitshop

Amazit

Express checkout

shop PayPal G

OR

Contact

[redacted]

Email me with news and offers

Delivery

Country/Region
United States

Oo Ooo

Company (optional)

111 W Jackson Blvd

Apartment, suite, etc. (optional)

Chicago State Illinois 60604



New Long T-shirt Dress Retro Ethnic Style $20.00
Color6 / 2XL

Discount code

Subtotal

Shipping

Total

VA 2-429-535



**Amazitshop**
13 April 2026 . Authorization

**−$21.00 USD**

This is a temporary authorization to make sure your payment method will cover the payment. Your payment method will be charged when Amazitshop completes your order.

**Paid with**

Wise Card (VISA Prepaid Card x-[redacted] $21.00 USD

**Ship to**

[redacted]
1111 W 35th St
15th floor
Chicago, IL 60609
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

0M318431JY9615103

**Seller info**

Amazitshop
**amazitshop@gmail.com**

**Invoice ID**

rzEVpMFtG3uZG9NOrVjJaDnmR

**Order summary**

New Long T-shirt Dress Retro Ethnic Style - Color6 / 2XL $21.00 USD

**Total** **$21.00 USD**